IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ART SHY, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | Case No. C-3-92-333 |
| NAVISTAR INTERNATIONAL CORPORATION, et al., | : | Judge Walter Herbert Rice |
| Defendants. | : | |

## JUDGMENT ENTRY

Pursuant to this Court's Opinion, filed May 27, 1993, and its Supplemental Opinion, filed June 8, 1993, this Court enters final judgment, as a Consent Decree, on all claims and as to all class members, save and excepting the objection of putative class member David Broadus, the merits of whose objection to the settlement agreement, by and between the parties, and, therefore, to his inclusion within the certified class remains to be determined, having found that, with that single exception, there is no just cause for delay and that the settlement agreed upon, by and between the parties, is a fair, adequate and reasonable resolution of the claims of the class as a whole.

Attorneys fees are awarded in the amount of $2,836,665.00.

June 8, 1993

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record

K. Gregory Haynes, Esq.