IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ART SHY, et al., :

        Plaintiff,
: 
   vs.                                 Case No. 3:92cv333
:
NAVISTAR INTERNATIONAL CORP.,     JUDGE WALTER HERBERT RICE
et al.,                               :

        Defendants.

---

NAVISTAR INTERNATIONAL
CORPORATION AND NAVISTAR, INC.,
:
        Plaintiff,
:
   vs.                                 Case No. 3:10cv211
:
ART SHY, et al.,                    JUDGE WALTER HERBERT RICE
:
        DEFENDANTS.

---

ENTRY JOURNALIZING RESULTS OF TELEPHONE CONFERENCE CALL OF JULY 8, 2010; PROCEDURES ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO COMPLY WITH SETTLEMENT AGREEMENT AND FOR INJUNCTION ATTENDANT THERETO (DOC. #343 IN CASE 3:92CV333); MOTION TO EXPEDITE CONSIDERATION (DOC. #344) DEEMED MOOT; IN-PERSON SETTLEMENT CONFERENCE SET; LETTERS DUE BY DATE CERTAIN

---

Pursuant to discussions had during a July 8, 2010, telephone conference call had between Court and counsel, counsel of record (together with any and all

representatives of their clients whose concurrence is necessary to formalize settlement) will meet in this Court's conference room/courtroom, beginning at 9 a.m. on Monday, August 23, 2010, for a settlement conference. Letters from counsel, setting forth their settlement positions (to be exchanged by and between all parties), should reach this Court not later than the close of business on Monday, August 16, 2010.

This Court will endeavor to resolve, prior to said settlement conference, Plaintiff's Motion for Injunction to Compel Compliance with Settlement Agreement (Doc. #343 in 3:92cv333) prior to said settlement conference. The Motion to Expedite Consideration of said Motion (Doc. #344) is moot.

July 28, 2010

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record