IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ART SHY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. C-3-92-333 |
| vs. ) | |
| ) | District Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Pursuant to S.D. Ohio Civ. R. 83.4(d), Norah K. Cooney hereby gives notice of withdrawal as co-counsel for Navistar International Corporation, et al. ("Defendants"). In support of this notice, Defendants' trial attorney David P. Pierce states as follows:

1. On May 7, 2010, Norah K. Cooney filed a motion to appear *pro hac vice* for Defendants in the above-captioned matter, as an attorney with the firm Latham & Watkins LLP (Doc. No. 351).

2. This Court entered a Notation Order sustaining the motion on May 10, 2010.

3. As of September 9, 2011, Norah K. Cooney will no longer be an attorney with Latham & Watkins LLP.  Therefore, she requests leave of this Court to withdraw her appearance as co-counsel for Defendants.

4. Latham & Watkins LLP attorneys Cary R. Perlman and B. John Casey have also filed appearances on behalf of Defendants in the above-captioned matter, and they will continue to represent and appear on behalf of the Defendants.

5. Defendants are aware of and have agreed to Norah K. Cooney's withdrawal from this matter.

6. The Plaintiffs will not be prejudiced by this withdrawal in that Cary R. Perlman, B. John Casey, Laurence H. Levine and David P. Pierce will continue to represent Defendants in the above-captioned matter.

WHEREFORE, for the foregoing reasons, Norah K. Cooney requests leave of the Court to withdraw her appearance as counsel for Defendants.

Dated: September 9, 2011

Respectfully submitted,

COOLIDGE WALL, LPA

s/ David P. Pierce
David P. Pierce (0061972)
COOLIDGE WALL CO., L.P.A.
33 W. First Street, Suite 600
Dayton, OH 45402
Phone: 937-223-8177
Fax: 937-223-6705
E-mail: pierce@coollaw.com

*Trial Attorney for Defendants Navistar International Corporation, et al.*

s/ Norah K. Cooney

Norah K. Cooney
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

*Admitted Pro Hac Vice as One of the Attorneys for Defendants Navistar International Corporation, et al.*

2

Laurence H. Levine, Esq.
LAURENCE H. LEVINE LAW OFFICES
190 S. LaSalle Street, Suite 3120
Chicago, IL 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

*Admitted Pro Hac Vice as*
*One of the Attorneys for Defendants*
*Navistar International Corporation, et al.*


Cary R. Perlman, Esq.
B. John Casey, Esq.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

*Admitted Pro Hac Vice as*
*Attorneys for Defendants*
*Navistar International Corporation, et al.*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on the 9th day of September 2011 in the above-captioned case. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access this filing through the Court's system.

            s/ David P. Pierce
            David P. Pierce

w:\wdox\client\009025\00378\00547843.doc