LERK'S OFFICE OF THE
URT OF THE UNITED STATES
HERN DISTRICT OF OHIO
WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS

RECEIVED

OCT 1 4 2011

JAMES BONINI, CLERK
DAYTON, OHIO



016H26506089

$00.64⁰
09/30/2011
Mailed From 45402
US POSTAGE

Emily Nicklin
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

NIXIE        606    DE 1        OO 10/07/11
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 45402147287        *0496-04365-30-37

6060136436 C023
45402@1472

CLERK'S OFFICE OF THE
COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF OHIO
WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS

**RECEIVED**

OCT 1 4 2011

JAMES BONINI, CLERK
DAYTON, OHIO



016H26506089

$00.640
09/30/2011
Mailed From 45402
US POSTAGE

Gregory Markow
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

60601364361 C023
45402@1472

NIXIE      606   DE 1         00 10/07/11
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC:  45402147287     *0496-04361-30-37