```
Court Name: US District Court SDO
Division: 3
Receipt Number: 300DAY007833
Cashier ID: fannm
Transaction Date: 10/18/2011
Payer Name: Latham and Watkins
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Latham and Watkins
 Case/Party: D-OHS-3-92-CV-000333-001
 Amount:        $455.00
----------------------------------
CHECK
 Remitter: Latham & Watkins
 Check/Money Order Num: 318
 Amt Tendered:  $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```

Shy v. Navistar 3:92-cv-333.
Defendants' Notice of Appeal filing fee

A fee of $45.00 will be assessed on all returned checks.