IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ART SHY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. C-3-92-333 |
| vs. | ) | |
| | ) | District Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO STAY PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND NONTAXABLE EXPENSES

Defendants Navistar International Corporation, *et al.* ("Defendants" or "Navistar")

hereby respectfully move this Court to stay the Motion for Award of Attorneys' Fees and

Nontaxable Expenses ("Motion") submitted by Plaintiffs Art Shy, *et al.* ("Plaintiffs") on

November 11, 2011.  This motion is supported by an accompanying memorandum.

Dated:  December 5, 2011

Respectfully submitted,

COOLIDGE WALL, LPA

/s/ David P. Pierce
David P. Pierce (0061972)
COOLIDGE WALL CO., L.P.A.
33 W. First Street, Suite 600
Dayton, OH  45402
Phone:  937-223-8177
Fax:  937-223-6705
E-mail:  pierce@coollaw.com

*Trial Attorney for Defendants Navistar*
*International Corporation, et al.*

Laurence H. Levine, Esq.
LAURENCE H. LEVINE LAW OFFICES
190 S. LaSalle Street, Suite 3120
Chicago, IL 60603
Phone:  (312) 291-7000
Fax:  (312) 291-7015

*Admitted Pro Hac Vice as*
*One of the Attorneys for Defendants*
*Navistar International Corporation, et al.*


Cary R. Perlman, Esq.
B. John Casey, Esq.
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Phone:  (312) 876-7700
Fax: (312) 993-9767

*Admitted Pro Hac Vice as*
*One of the Attorneys for Defendants*
*Navistar International Corporation, et al.*

## MEMORANDUM

1.      On November 10, 2011, Plaintiffs filed their Motion for Award of Attorneys'

Fees and Nontaxable Expenses.  Plaintiffs seek an award of attorneys' fees and expenses in an

amount totaling nearly $600,000.

2.      The decisions on which Plaintiffs base their Motion are the subject of appeals

currently pending before the Sixth Circuit Court of Appeals.  *See Art Shy, et al v. Navistar*

*International Corp, et al.*, Case No. 11-3215; *Art Shy, et al v. Navistar International Corp, et al.*,

Case No. 11-4143.

3.    Defendants incorporate their Response to Plaintiffs' Motion for Award of

Attorneys' Fees and Nontaxable Expenses as if set forth fully herein.

For the foregoing reasons, Defendants request that Plaintiffs' Motion for Award of

Attorneys' Fees and Nontaxable Expenses be stayed pending resolution of the appeals.

Dated:  December 5, 2011                          Respectfully submitted,

                                                  COOLIDGE WALL, LPA

                                                   /s/ David P. Pierce
                                                  David P. Pierce (0061972)
                                                  COOLIDGE WALL CO., L.P.A.
                                                  33 W. First Street, Suite 600
                                                  Dayton, OH  45402
                                                  Phone:  937-223-8177
                                                  Fax:  937-223-6705
                                                  E-mail:  pierce@coollaw.com

                                                  *Trial Attorney for Defendants Navistar*
                                                  *International Corporation, et al.*

Laurence H. Levine, Esq.
LAURENCE H. LEVINE LAW OFFICES
190 S. LaSalle Street, Suite 3120
Chicago, IL 60603
Phone:  (312) 291-7000
Fax:  (312) 291-7015

*Admitted Pro Hac Vice as*
*One of the Attorneys for Defendants*
*Navistar International Corporation, et al.*


Cary R. Perlman, Esq.
B. John Casey, Esq.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Phone:  (312) 876-7700
Fax: (312) 993-9767

*Admitted Pro Hac Vice as*
*One of the Attorneys for Defendants*
*Navistar International Corporation, et al.*

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on the 5th day of December 2011 in the above-captioned case.  Notice of this filing will be sent to all parties by operation of the Court's ECF system.  Parties may access this filing through the Court's system.

s/ David P. Pierce<br>
David P. Pierce

w:\wdox\client\009025\00378\00559660.doc