**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ART SHY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAVISTAR INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | No. C-3-92-333 <br> Judge Walter H. Rice |

**CONSENT OF PLAINTIFFS ART SHY, *et al.*, TO
DEFENDANTS' MOTION TO STAY PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEYS'
FEES AND NONTAXABLE EXPENSES**

Without agreeing with the assertions made in Defendants' Response to Plaintiffs' Motion for Award of Attorneys' Fees and Nontaxable Expenses (Doc. #389), which Defendants have incorporated by reference into their Memorandum in Support of their Motion to Stay Plaintiffs' Motion for Award of Attorneys' Fees and Nontaxable Expenses (Doc. #390) ("Motion for Stay"), Plaintiffs Art Shy, *et al.* have no objection to Defendants' request "that Plaintiffs' Motion for Award of Attorneys' Fees and Nontaxable Expenses be stayed pending resolution of appeals." Motion to Stay at 3. Plaintiffs agree that it would serve the interests of efficiency and conservation

of resources to await the resolution of the appeals before conducting further proceedings with respect to Plaintiffs' fee application.

                              Respectfully submitted,

                              /s/ Jeremiah A. Collins

| | |
|---|---|
| MICHAEL NICHOLSON | JULIA PENNY CLARK |
| MICHAEL F. SAGGAU | JEREMIAH A. COLLINS |
| Legal Department | Bredhoff & Kaiser, P.L.L.C. |
| International Union, | 805 15th Street, N.W. |
| United Automobile, | Washington, D.C. 20005 |
| Aerospace & Agricultural | 202-842-2600 |
| Implement Workers of America | |
| 8000 East Jefferson Avenue | |
| Detroit, MI 482140-2699 | |
| | FREDERICK G. CLOPPERT, JR. (0010371) |
| *Counsel for Plaintiff UAW* | Trial Attorney |
| | Cloppert, Latanick, Sauter & Washburn, LLF |
| | 225 East Broad Street |
| | Columbus, Ohio 43215 |
| | 614-461-4455 |
| Dated:  December 6, 2011 | *Counsel for Plaintiffs* |
| | *Art Shy, et al.* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Jeremiah A. Collins  
Jeremiah A. Collins