# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ART SHY, et al.      :

             :    Case No. 3:92-cv-333

    Plaintiff,

             :    Judge Walter Herbert Rice

  -vs-

             :

NAVISTAR INTERNATIONAL
CORPORATION, et al.,    :

    Defendant.    :

---

## ORDER

---

    IT IS HEREBY ORDERED that the attached position papers provided to the court in April of 2011 be made a part of the record for appeal purposes.

March 1, 2012          s/ Walter H. Rice
               WALTER HERBERT RICE, JUDGE
               UNITED STATES DISTRICT COURT