# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ART SHY, et al. | |
| Plaintiffs, | |
| v. | Case No. 3:92-cv-00333 |
| | Judge Walter Herbert Rice |
| NAVISTAR INTERNATIONAL CORPORATIONAL, et al. | |
| Defendants. | |
| SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP. RETIREE SUPPLEMENTAL BENEFIT PROGRAM, | |
| Intervenor-Plaintiff, | |
| v. | |
| NAVISTAR INTERNATIONAL CORPORATION, | |
| Defendant. | |

## MOTION OF THE
## SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR
## INTERNATIONAL TRANSPORTATION CORPORATION RETIREE
## SUPPLEMENTAL BENEFIT PROGRAM TO INTERVENE

COMES NOW, the Supplemental Benefit Committee of the Navistar International Transportation Corporation Retiree Supplemental Benefit Program (the "Committee"), by and through its undersigned counsel, and pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby moves for leave to intervene in the above captioned matter.   The

Committee seeks to intervene in order to request this Court to enforce the terms of the settlement agreement executed by the parties in this matter.  The Committee avers that it has consulted in good faith with Defendant, Navistar International Corporation, with regard to the filing of this Motion and Navistar has not consented to this Motion.  A memorandum in support accompanies this Motion and is incorporated as if fully rewritten herein.

>Respectfully Submitted:
>
>/s/ Kevin L. Murphy
>Kevin L. Murphy (#0021810)
>Graydon Head & Ritchey LLP
>2400 Chamber Center Drive
>Suite 300
>Ft. Mitchell, KY  41014
>859-578-3060 (p)
>859-525-0214 (f)
>kmurphy@graydon.com
>
>Edward A. Scallet (*pro hac vice* admission to be submitted)
>Will E. Wilder (*pro hac vice* admission to be submitted)
>Groom Law Group, Chartered
>1701 Pennsylvania Avenue, NW
>Washington, DC  20006
>202-857-0620 (p)
>202-659-4503 (f)
>eas@groom.com
>wwilder@groom.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record:

            /s/ Kevin L. Murphy
            Kevin L. Murphy