**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ART SHY, et al. | &#124; |
| | &#124; |
|     Plaintiffs, | &#124; |
| | &#124; |
| v. | &#124;   Case No. 3:92-cv-0333 |
| | &#124;   Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL | &#124; |
| CORPORATIONAL, et al. | &#124; |
| | &#124; |
|     Defendants. | &#124; |
| _____ | &#124; |
| SUPPLEMENTAL BENEFIT | &#124; |
| COMMITTEE OF THE NAVISTAR | &#124; |
| INTERNATIONAL TRANSPORTATION | &#124; |
| CORP. RETIREE SUPPLEMENTAL | &#124; |
| BENEFIT PROGRAM, | &#124; |
| | &#124; |
|     Intervenor-Plaintiff, | &#124; |
| | &#124; |
| v. | &#124; |
| | &#124;   **ELECTRONICALLY FILED** |
| NAVISTAR INTERNATIONAL | &#124; |
| CORPORATION, | &#124; |
| | &#124; |
|     Defendant. | &#124; |
| | &#124; |

**NOTICE OF FILING EXHIBITS TO DOC. 394 – MOTION TO INTERVENE**

COMES NOW, the Supplemental Benefit Committee of the Navistar International Transportation Corporation Retiree Supplemental Benefit Program (the "Supplemental Benefit Program Committee"), by and through its undersigned counsel and in the above-referenced action, hereby gives notice of filing the exhibits to (Doc. 394) Motion to Intervene filed on March 23, 2012.

Respectfully submitted,

/s/ Kevin L. Murphy
Kevin L. Murphy (#0021810)
Graydon Head & Ritchey LLP
2400 Chambers Center Drive
Suite 300
Ft. Mitchell, KY  41017
Phone: 859-578-3060
Fax:    859-525-0214
E-mail:  kmurphy@graydon.com

*Trial Attorney for Defendants Douglas
Hunter, Donn Viola, Jeff Dokho, Michael
LaCour, and Jack McCaskey (in their
capacity as members of the Supplemental
Benefit Program Committee)*

Edward A. Scallet (*pro hac vice* admission
pending)
Will E. Wilder (*pro hac vice* admission
pending)
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC 20006
202-857-0620 (p)
202-659-4503 (f)
eas@groom.com
wwilder@groom.com

*Attorneys for Defendants Supplemental
Benefit Program Committee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record:


<u>/s/ Kevin L. Murphy</u>
Kevin L. Murphy