## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ART SHY, et al. | |
| Plaintiffs, | |
| v. | Case No. 3:92-cv-0333 |
| | Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL CORPORATIONAL, et al. | |
| Defendants. | |
| SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP. RETIREE SUPPLEMENTAL BENEFIT PROGRAM, | |
| Intervenor-Plaintiff, | |
| v. | **ELECTRONICALLY FILED** |
| NAVISTAR INTERNATIONAL CORPORATION, | |
| Defendant. | |

## NOTICE OF FILING EXHIBITS TO DOC. 395 – MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW, the Supplemental Benefit Committee of the Navistar International Transportation Corporation Retiree Supplemental Benefit Program (the "Supplemental Benefit Program Committee"), by and through its undersigned counsel and in the above-referenced action, hereby gives notice of filing the exhibits to (Doc. 395) Motion to Enforce Settlement Agreement filed on March 26, 2012.

Respectfully submitted,

/s/ Kevin L. Murphy
Kevin L. Murphy (#0021810)
Graydon Head & Ritchey LLP
2400 Chambers Center Drive
Suite 300
Ft. Mitchell, KY 41017
Phone: 859-578-3060
Fax: 859-525-0214
E-mail: kmurphy@graydon.com

*Trial Attorney for Defendants Douglas Hunter, Donn Viola, Jeff Dokho, Michael LaCour, and Jack McCaskey (in their capacity as members of the Supplemental Benefit Program Committee)*

Edward A. Scallet (*pro hac vice* admission pending)
Will E. Wilder (*pro hac vice* admission pending)
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC 20006
202-857-0620 (p)
202-659-4503 (f)
eas@groom.com
wwilder@groom.com

*Attorneys for Defendants Supplemental Benefit Program Committee*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record:

            <u>/s/ Kevin L. Murphy</u>
            Kevin L. Murphy