## Profit Sharing Payments

Listed below in Chart I is a history of the profit sharing contribution payments, which is an unpredictable part of the return on investments.

CHART I

| Year | Amount |
|---|---|
| 1995 | $3,684,004 |
| 1996 | 25,470,770 |
| 1997 | 126,070 |
| 1998 | 20,900,340 |
| 1999 | 61,090,810 |
| 2000 | 71,568,920 |
| 2001 | 3,562,600 |
| 2002 | 0 |
| 2003 | 0 |
| 2004 | 0 |
| 2005 | 1,409,000 |
| 2006 | 0 |
| 2007 | 0 |
| 2008 | 0 |
| 2009 | 0 |
| 2010 | 0 |
| Total | 187,812,514 |

Charts II and III illustrate (numerically and graphically, respectively) the number of years that assets would remain positive assuming three different net investment returns and the projected annual costs from the valuation. As shown in Chart II, the net investment assumption can dramatically change the Supplemental Plan's ability to sustain the benefit improvements currently in effect.

※ SEGAL    3