**BREDHOFF & KAISER, P.L.L.C.**
*Attorneys & Counselors*
805 Fifteenth Street, N.W.
Washington, D.C. 20005-2207
(202) 842-2600
Facsimile: (202) 842-1888
http://www.bredhoff.com

Robert M. Weinberg
Julia Penny Clark
Jeffrey R. Freund
W. Gary Kohlman
Jeremiah A. Collins
Mady Gilson
Bruce R. Lerner
Andrew D. Roth
John M. West
Douglas L. Greenfield
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter

Joshua B. Shiffrin
Ramya Ravindran
Daniel A. Zibel
Benjamin Takis
Kimberly Sánchez Ocasio
Osvaldo Vazquez
Raphael Rajendra
Jacob Karabell

Jeffrey L. Gibbs
Laurence Gold
Patricia Polach
Susan G. Lahne
Sarah M. Fox
Kathleen Keller
Jenifer A. Cromwell
Philip C. Andonian
Tearyn J. Loving
Of Counsel

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

February 22, 2012

The Honorable Walter H. Rice
United States District Court
Southern District of Ohio
Federal Building, Room 909
200 West Second Street
Dayton, OH 45402

    Re:   *Shy v. Navistar,*
            Case No. C-8-92-333

Dear Judge Rice:

    Plaintiffs wish to withdraw the letters that were sent to you by undersigned counsel dated September 2, 2011 and October 14, 2011, concerning a dispute regarding payment for services of Potok and Co., Inc., and we respectfully request that the Court take no action with respect to that matter.

                                           Respectfully,

                                           Jeremiah A. Collins

cc:   Lawrence H. Levine, Esq.
       Cary R. Perlman, Esq.
       Michael Saggau, Esq.
       Frederick Cloppert, Esq.
       Leon Potok