IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ART SHY, et al.,

    Plaintiffs,

vs.

NAVISTAR INTERNATIONAL
CORPORATION, et al.,

    Defendants.

Case No. 3:92cv333

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY OVERRULING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND NONTAXABLE EXPENSES (DOC. #388), WITHOUT PREJUDICE TO RENEWAL, SHOULD THIS COURT'S DECISION BE UPHELD ON APPEAL

---

The Plaintiffs' motion, seeking an award of attorneys' fees and nontaxable expenses (Doc. #388), filed November 10, 2011, is overruled, without prejudice to renewal, in updated and supplemented form, should this Court's decision, now on appeal, be affirmed by a higher court.

August 22, 2012

                              WALTER HERBERT RICE
                             UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record