**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 08, 2013

Clerk of the U.S. District Court for the Southern District of Ohio
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

Re:  Case No. 11-3215/11-4143, *Art Shy, et al v. Navistar International Corp, et al*
Originating Case No. : 3:92-CV-333

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Florence P. Ebert
Case Manager
Direct Dial No. 513-564-7026

cc:  Ms. Julia Penny Clark
Mr. Frederick Gerald Cloppert Jr.
Mr. Jeremiah A. Collins
Mr. Laurence H. Levine
Mr. Cary R. Perlman
Mr. David Philip Pierce

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-3215/11-4143

_____

Filed: January 08, 2013

ART SHY, et al.

      Plaintiffs - Appellees

v.

NAVISTAR INTERNATIONAL CORP; NAVISTAR INTERNATIONAL
TRANSPORTATION, n/k/a Navistar Inc.; NAVISTAR FINANCIAL CORPORATION;
HARCO NATIONAL INSURANCE COMPANY; NAVISTAR INTERNATIONAL
TRANSPORTATION CORP. HEALTH PLAN; INDIANAPOLIS CASTING CORPORATION

      Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 12/14/2012 the mandate for this case hereby

issues today.

COSTS:  None