**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|                                                      |          |
|------------------------------------------------------|----------|
| ART SHY, et al.                                      | &#124;   |
|                                                      | &#124;   |
|     Plaintiffs,                  | &#124;   |
|                                                      | &#124;   |
| v.                                                   | &#124;   |
|                                                      | &#124;   |
| NAVISTAR INTERNATIONAL                               | &#124;   |
| CORPORATION, et al.                                  | &#124;   |
|                                                      | &#124;   |
|     Defendants.                  | &#124;   |
| _____                 | &#124;   |
| SUPPLEMENTAL BENEFIT                                 | &#124;   |
| COMMITTEE OF THE NAVISTAR                            | &#124;   |
| INTERNATIONAL TRANSPORTATION                        | &#124;   |
| CORP. RETIREE SUPPLEMENTAL                           | &#124;   |
| BENEFIT PROGRAM,                                     | &#124;   |
|                                                      | &#124;   |
|     Intervenor-Plaintiff,        | &#124;   |
|                                                      | &#124;   |
| v.                                                   | &#124;   |
|                                                      | &#124;   |
| NAVISTAR INTERNATIONAL                               | &#124;   |
| CORPORATION,                                         | &#124;   |
|                                                      | &#124;   |
|     Defendant.                   | &#124;   |
|                                                      | &#124;   |

Case No. 3:92-cv-00333
Judge Walter Herbert Rice

## NOTICE

Please take notice that Rob Sciotti and Wayne Krzysiak have replaced Jeff Dokho and
Jack McCaskey as members of the Supplemental Benefit Committee of the Navistar
International Transportation Corp. Retiree Supplemental Benefit Program (the "Committee").
Like the other Committee members, Sciotti and Krzysiak are represented by Kevin Murphy in
their capacity as members of the Committee.  The replacements have no effect on the
Committee's previous filings in the above-captioned matter.

Dated:  February 19, 2013                Respectfully submitted,

                                         /s/ Kevin L. Murphy
                                         Kevin L. Murphy (#0021810)
                                         Graydon Head & Ritchey LLP
                                         2400 Chambers Center Drive
                                         Suite 300
                                         Ft. Mitchell, KY  41017
                                         Phone: 859-578-3060
                                         Fax:    859-525-0214
                                         kmurphy@graydon.com

                                         *Trial Attorney for Defendants Douglas Hunter,
                                         Donn Viola, Rob Sciotti, Michael LaCour, and
                                         Wayne Krzysiak (in their capacity as members of
                                         the Supplemental Benefit Program Committee)*

                                         Edward A. Scallet (admitted via *pro hac vice*)
                                         Will E. Wilder (admitted via *pro hac vice*)
                                         Groom Law Group, Chartered
                                         1701 Pennsylvania Avenue, NW
                                         Washington, DC 20006
                                         202-857-0620 (p)
                                         202-659-4503 (f)
                                         eas@groom.com
                                         wwilder@groom.com

                                         *Attorneys for Defendants Supplemental Benefit
                                         Program Committee*

CERTIFICATE OF SERVICE

        I hereby certify that on this 22nd day of February, 2013, a copy of the foregoing was
electronically served on all parties by operation of the Court's CM/ECF system and copies
mailed to those parties to whom electronic notice has not been sent.

                                         /s/ Kevin L. Murphy
                                         Kevin L. Murphy