**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ART SHY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. C-3-92-333 |
| vs. ) | |
| ) | District Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE WITH RESPECT TO PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEYS'
FEES AND NONTAXABLE EXPENSES**

On November 10, 2011, Plaintiffs filed a Motion for Award of Attorneys' Fees and Nontaxable Expenses ("Motion") in the above-captioned matter which the Court "overruled, without prejudice to renewal" by order dated August 22, 2012. Plaintiffs wish to inform the Court that the parties have reached agreement on the resolution of the claims for attorneys' fees and nontaxable expenses that are the subject of the Motion, and consequently Plaintiffs will not be renewing the motion.

Respectfully submitted,

/s/ Julia Penny Clark
JULIA PENNY CLARK
JEREMIAH A. COLLINS
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600

                              FREDERICK G. CLOPPERT, JR.
                              Cloppert, Latanick, Sauter & Washburn, LLP
                              225 East Broad Street
                              Columbus, Ohio 43215
                              614-461-4455

June 12, 2013

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 12, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Jeremiah Collins
                                          JEREMIAH A. COLLINS