IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ART SHY, et al. | |
| Plaintiffs, | |
| v. | Case No. C-3-92-333 |
| NAVISTAR INTERNATIONAL CORPORATIONAL, et al. | |
| Defendants. | |
| SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP. RETIREE SUPPLEMENTAL BENEFIT PROGRAM, | |
| Intervenor-Plaintiff, | |
| v. | |
| NAVISTAR INTERNATIONAL CORPORATION, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Kevin Murphy, trial attorney for the Supplemental Benefit Committee of the Navistar International Transportation Corp. Retiree Supplemental Benefit Program (the "Supplemental Benefit Program Committee"), in the above-referenced action, hereby moves this court to admit Sarah A. Zumwalt, *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Supplemental Benefit Program Committee.

Movant represents that Sarah A. Zumwalt is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court and that Sarah A. Zumwalt is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

Sarah A. Zumwalt understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Sarah A. Zumwalt's relevant identifying information is as follows:

| | | | |
|---|---|---|---|
| Business telephone | 202-857-0620 | Business fax | 202-659-4503 |
| Business address | 1701 Pennsylvania Avenue, Suite 1200 | | |
| | Washington, DC  20006 | | |
| Business e-mail address | szumwalt@groom.com | | |

/s/ Kevin L. Murphy
Kevin L. Murphy (#0221810)
Graydon Head & Ritchey LLP
2400 Chambers Center Drive, Suite 300
Ft. Mitchell, KY  41017
Phone: 859-578-3060
Fax:    859-525-0214
E-mail:  kmurphy@graydon.com

*Trial Attorney for Intervenor-Plaintiff Supplemental Benefit Committee of the Navistar International Transportation Corp. Retiree Supplemental Benefit Program*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2013, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Sarah A. Zumwalt using the CM/ECF system which will send notification of such filing to the attorneys of record

<u>/s/ Kevin L. Murphy</u>
Kevin L. Murphy

4317489.1