**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ART SHY, et al., | ) | Case No. 3:92-cv-00333-WHR |
| | ) | |
| Plaintiffs, | ) | (District Judge Walter H. Rice) |
| | ) | |
| vs. | ) | |
| | ) | |
| NAVISTAR INTERNATIONAL CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP. RETIREE SUPPLEMENTAL BENEFIT PROGRAM, | ) ) ) ) ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | MOTION OF ABIZER ZANZI |
| | ) | TO APPEAR *PRO HAC VICE* |
| v. | ) | |
| | ) | |
| NAVISTAR INTERNATIONAL CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), David P. Pierce, trial attorney for Defendants, hereby moves the Court to admit Abizer Zanzi *pro hac vice* to appear and participate as co-counsel for Defendants Navistar Financial Corporation, Navistar International Corporation, Navistar International Transportation Corporation (now known as Navistar, Inc.), Navistar

International Transportation Corporation Health Plan, Harco National Insurance Company, and Indianapolis Casting Corporation.

Movant represents that Mr. Zanzi is a member in good standing of the highest court of Illinois, as attested by the accompanying certificate from that court and that Mr. Zanzi is not eligible to become a member of the permanent bar of this Court.  This motion is accompanied by the required $200.00 fee.

Mr. Zanzi understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Zanzi's relevant identifying information is as follows:

>FRANCZEK RADELET P.C.
>300 South Wacker Drive, Suite 3400
>Chicago, Illinois 60606
>Phone: (312) 986-0300
>Fax:    (312) 986-9192
>Email:  az@franczek.com

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

 s/ David P. Pierce
         DAVID P. PIERCE (0061972)
         33 W. First Street, Suite 600
         Dayton, OH  45402
         Phone:  937-223-8177
         Fax:  937-223-6705
         E-mail:  pierce@coollaw.com

*TRIAL ATTORNEY FOR DEFENDANTS NAVISTAR INTERNATIONAL CORPORATION, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, a copy of the foregoing Motion of Abizer Zanzi to Appear *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's system.

s/ David P. Pierce  
David P. Pierce

w:\wdox\client\009025\00382\00646659.doc