# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ART SHY, et al., | ) | Case No. 3:92-cv-00333-WHR |
| | ) | |
| Plaintiffs, | ) | (District Judge Walter H. Rice) |
| | ) | |
| vs. | ) | |
| | ) | |
| NAVISTAR INTERNATIONAL CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP. RETIREE SUPPLEMENTAL BENEFIT PROGRAM, | ) ) ) ) ) | |
| | ) | |
| Intervenor-Plaintiff, | ) ) | WITHDRAWAL OF APPEARANCE OF JOSHUA D. MEEUWSE |
| v. | ) | |
| | ) | |
| NAVISTAR INTERNATIONAL CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Now comes the undersigned Trial Attorney and hereby gives notice that Joshua D. Meeuwse, admitted to practice *pro hac vice* by this Court on March 6, 2013, is no longer employed with the law firm of Franczek Radelet PC and, therefore, his entry of appearance *pro hac vice* in this case should be terminated. Joshua D. Meeuwse should be removed from the service list herein.

        Respectfully submitted,

        COOLIDGE WALL CO., L.P.A.

        s/ David P. Pierce
        DAVID P. PIERCE (0061972)
        33 W. First Street, Suite 600
        Dayton, OH 45402
        Phone: 937-223-8177
        Fax: 937-223-6705
        E-mail: pierce@coollaw.com

*TRIAL ATTORNEY FOR DEFENDANTS*
*NAVISTAR INTERNATIONAL*
*CORPORATION, et al.*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2013, a copy of the foregoing Withdrawal of Appearnce of Joshua D. Meeuwse was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's system.

        s/ David P. Pierce
        David P. Pierce

w:\wdox\client\009025\00382\00646702.doc