3:92-CV-333

RE: 437

FILED
JOHN P. HEHMAN
CLERK

2013 OCT 18 AM 11: 50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS

Douglas C Gessner
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

10/16/13

Hasler
US POSTAGE
$ 00.660
10/07/2013
Mailed From 45400

CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS

Gregory Markow
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

NIXIE          60601400B-1N          10/16/13

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Hasler

$ 00.660

Mailed From 45402

US POSTAGE

CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS

US POSTAGE
$ 00.660
Mailed From 45402
10 07 2013
Hasler

NIXIE    606014008-1N    10/16/13

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Emily Nicklin
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

**Orders on Motions**
<u>3:92-cv-00333-WHR Shy, et al v.</u>
<u>Navistar Int'l Corp, et al</u>

LC1,PROTO

## U.S. District Court

### Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 10/4/2013 at 4:10 PM EDT and filed on 10/4/2013
**Case Name:**        Shy, et al v. Navistar Int'l Corp, et al
**Case Number:**     <u>3:92-cv-00333-WHR</u>
**Filer:**
**Document Number:** <u>437</u>

**Docket Text:**
**DECISION AND ENTRY SUSTAINING INTERVENOR-PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (DOC. #[432]); AMENDED COMPLAINT (DOC. #[432]-1) TO BE FILED INSTANTER; MOTION TO DISMISS AMENDED COMPLAINT TO BE FILED BY DEFENDANT NAVISTAR NOT LATER THAN FOURTEEN DAYS FROM DATE, WITH INTERVENOR-PLAINTIFF HAVING FOURTEEN DAYS THEREAFTER TO FILE WHATEVER MEMORANDA CONTRA IS DESIRED; NO REPLY MEMORANDUM IS TO BE FILED WITHOUT LEAVE OF COURT; FURTHER CONFERENCE CALL SET. Signed by Judge Walter H Rice on 10/04/13. (pb1)**

**3:92-cv-00333-WHR Notice has been electronically mailed to:**

Michael John Hunter     mhunter@hcands.com

Frederick Gerald Cloppert, Jr     fcloppert@cloppertlaw.com, kwatson@cloppertlaw.com

Kevin L Murphy     kmurphy@graydon.com, ppaige@graydon.com

Cary R Perlman     cary.perlman@lw.com, chefiling@lw.com

Julia Penny Clark     jpclark@bredhoff.com

David P Radelet     dpr@franczek.com, mfp@franczek.com, pas@franczek.com, wrp@franczek.com

David Philip Pierce     pierce@coollaw.com, bourdow@coollaw.com, posey@coollaw.com

Laurence H Levine     laurence.levine@lhlevine.com

William R Pokorny     wrp@franczek.com

B John Casey (Terminated)     john.casey@klgates.com

Jeremiah A Collins     jcollins@bredhoff.com

Sally J Scott     sjs@franczek.com, alb@franczek.com, az@franczek.com

Michael F Saggau (Terminated)     msaggau@uaw.net

Willie Edward Wilder     wwilder@groom.com

Edward A Scallet     eas@groom.com

Sarah Adams Zumwalt     szumwalt@groom.com

**3:92-cv-00333-WHR Notice has been delivered by other means to:**

Anne Campbell Griffin
Vorys Sater Seymour & Pease - 2
PO Box 1008
52 E Gay Street
Columbus, OH 43216-1008

Betty Grdina
Bobulsky & Grdina
2036 East Prospect Road
Astabula, OH 44004

Daniel Sherrick
UAW Solidarity House
8000 East Jefferson Avenue
Detroit, MI 48214

Douglas C Gessner
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

Emily Nicklin
Kir kland & Ellis
200 E Randolph Drive
Chicago, IL 60601

Gerald B Lackey

Lackey, Nusbaum, Harris, Reny & Torzewski
Third Floor
Two Maritime Plaza
Toledo, OH 43604

Gordon A Gregory
Gregory Moore Jeakle Heinen & Brooks
65 Cadillac Square
Suite 3727
Detroit, MI 48226

Gregory Markow
Kirkland & Ellis
200 E Randolph Drive
Chicago, IL 60601

Mark D Schneider
International Associatiion of Machinists & Aerospace Workers
9000 Machinists Place
Upper Marlboro, MD 20772-2687

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/4/2013] [FileNumber=4172409-0
] [8a80d557462074866146cd41f9cb4c3726c034867f9e7ee5a0e403d98d9323bb291
af1a50ab40565c9734e0e53cc552886e77c6968ab5322fe5d50f6b555205e]]