# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ART SHY, et al. | |
| Plaintiffs, | |
| v. | Case No. 3:92-cv-0333 |
| | Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL CORPORATION, et al. | |
| Defendants. | |
| SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP. RETIREE SUPPLEMENTAL BENEFIT PROGRAM, | |
| Intervenor-Plaintiff, | |
| v. | **ELECTRONICALLY FILED** |
| NAVISTAR INTERNATIONAL CORPORATION, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Kevin Murphy, trial attorney for Douglas Hunter, Donn Viola, Jeff Dokho, Michael LaCour and Jack McCaskey (all in their capacity as members of the Navistar Supplemental Benefit Program Committee) (collectively, hereinafter, the "Supplemental Benefit Program Committee" or "SBPC"), in the above-referenced action, hereby moves this court to admit Sibongile ("Sibo") Mack-Williams, *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Supplemental Benefit Program Committee.

      Movant represents that Sibo Mack-Williams is a member in good standing of the highest court of New York as attested by the accompanying certificate from that Court and that Sibo Mack-Williams is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

      Sibo Mack-Williams understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

      Sibo Mack-Williams' relevant identifying information is as follows:

| | | | |
|---|---|---|---|
| Business telephone: | 202-857-0620 | Business fax: | 202-659-4503 |
| Business address: | 1701 Pennsylvania Avenue NW, Suite 1200 | | |
| | Washington, DC 20006 | | |
| Business email: | smack-williams@groom.com | | |

                Respectfully submitted,

                /s/ Kevin L. Murphy
                Kevin L. Murphy (#0021810)
                Graydon Head & Ritchey LLP
                2400 Chamber Center Drive
                Suite 300
                Ft. Mitchell, KY 41017
                Phone: 859-578-3060
                Fax:    859-525-0214
                E-mail: kmurphy@graydon.com

                *Trial Attorney for Defendants Douglas Hunter, Donn Viola, Jeff Dokho, Michael La Cour, and Jack McCaskey (in their capacity as members of the Supplemental Benefit Program Committee)*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 4th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record and I will serve via U.S. Mail all other parties of record.

                /s/ Kevin L. Murphy
                Kevin L. Murphy