# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF OHIO

## WESTERN DIVISION

**ART SHY**, et alia,

      Plaintiffs

Vs.

                                Case No. C-3:92 cv 333

                                Judge Walter H. Rice

**NAVISTAR, INC**. et alia,

      Defendants

---

## PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE.

## PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE.

**To: The Honorable Walter Herbert Rice**, United States District Court for the Southern District of Ohio, Western Division with regard to Shy vs. Navistar (3:92cv333).

Petitioner, **JACK D. HALL,** hereby requests that this Court consider this Petition pursuant to Article VI. Health Benefit Program Committee of the Navistar Retiree Health and Life Insurance Plan ("Shy Plan") which is a constituent part of the Shy Consent Judgment (3:92cv333) for which this Court has retained continuing jurisdiction. (All capitalized terms used herein have the meanings described or as defined in the Shy Consent Judgment documents.)

1. Jack D. Hall is a Shy Plan 2 (Medicare) Participant and was a salaried, non-represented employee of Navistar, Inc. at the time of his retirement from Navistar in 1983. He maintains offices at 40 East Ash, Canton, IL 61520. (309.647.8380) jdhallagency@gmail.com.

2. This Petition seeks to have this Court replace the current (and original) HBPC Other Member of the Health Benefit Program Committee ("HBPC"), Mr. John Mindiola, pursuant to the provisions of Section 6.6 of the Shy Plan that states, in part, as follows:

> **"…The HBPC Other Member or either of the HBPC Other Member Alternatives may also be replaced by the Court upon petition signed by not less than 50 Participants who are Non-Represented Employees, Present Employees who are not represented by the UAW or Retirees who were not represented by the UAW at the time of their retirement, for failure adequately to represent the Participants."**

3. As this Court noted in a final footnote to its Remedial Order entered on September 30, 2011 in connection with the Shy prescription drug plan dispute: "Parenthetically a fully functional HBPC does not even exist." There are many aspects of the HBPC's Shy Plan and ERISA obligations and duties to administer and oversee the structure and operation of the Shy Plan that are seriously deficient such that the non-represented Shy Plan Participants are not receiving the full benefits as specified and provided by the Shy Consent Judgment. There currently is no one serving on the HBPC who has actively exerted his or her authority to try to correct this situation for the benefit of the non-represented Shy Plan Participants or, for that matter, for the benefit of all Shy Plan Participants.

4. Specifically, we allege that the HBPC has not provided needed oversight of Navistar's obligations and duties as the Shy Plan Administrator with respect to: a.) proper determinations of Shy Plan eligibility, b.) timely preparation and filing of Summary Annual Reports and ERISA Forms 5500, c.) the Shy Plan 2 (Medicare) structure that is required to have Medicare as primary and the Shy Plan as secondary (Shy Plan 2 is

currently structured in direct contravention of this mandate). The HBPC itself has been in consistent violation of its own Shy Plan and ERISA fiduciary obligations and duties in failing to participate in the preparation of or even in a review of the Summary Annual Reports and Form 5500 where it would have noticed that Navistar had been paying Shy life insurance premiums out of the Shy base plan VEBA Trusts for ten years that it should have been paying out of its own corporate accounts (Navistar entered into a Voluntary Fiduciary Correction Program Agreement with the Department of Labor, admitted it had violated its ERISA fiduciary duties and repaid the Shy VEBA Trust $28 million in May, 2013). The HBPC violated its own fiduciary duties to the retirees in failing to cause Navistar to fully comply with this Court's September 30, 2011 Remedial Order to restore the (original) Shy prescription drug plan benefits for the Shy Plan 2 Participants (Navistar continues to maintain a separate plan (SilverScript) apart from the prescription drug benefit plan provided to Shy Plan 1 Participants (Caremark). The HBPC recently failed to apply the Shy Settlement Agreement mandated protocol for making final determinations of Shy Plan eligibility without deference to Navistar's determinations for three HBPC Petitions seeking to add three qualified individuals to Exhibit C <u>List of Class Members</u> and find that these Petitioners were qualified to be eligible for Shy Plan benefits (the HBPC was apparently even unaware of the fact that Navistar has utterly failed to maintain Exhibit C <u>List of Class Members</u> to the Shy Settlement Agreement that was intended to be an accurate, up to date, listing of all Shy Participants and Shy "grow-ins.) There is a discrepancy of 9,864 and 1,574 reported Shy Participants and Shy "grow-ins, respectively, by Navistar in its 2009 Form 5500 filing and by the Supplemental Benefit Committee ("SBC") in its 2011 annual report; no one appears to be concerned or working to create a reliable report for these critical numbers. The HBPC is ignoring the obligation of the Shy Plan to provide Shy Plan 2 Participants with Explanation of Benefit forms after payment of their annual out-of-pocket limit as required by Center for Medicare and Medicaid Services to combat Medicare fraud by service providers. In his over twenty years of service on the HBPC Mr. Mindiola has never communicated with non-represented Shy Participants to inform them about the current status of their Shy Plan benefits, changes to the Shy Plan or any issues or disputes with Navistar, Inc. or those acting as the Shy Plan Administrator. While we believe that the entire HBPC should be replaced and that these and other problems be addressed, we apparently have standing to ask only that the Other Member be replaced through the Petition process.

5. Jack D. Hall has been actively involved in the health insurance business since 1984 and has owned and operated his own insurance agency by the name of Jack D. Hall Insurance Agency in Canton, Illinois for the past 20 years where he has designed and implemented comprehensive employee and retiree health care plans for a large number of corporations and municipalities. He has also provided claims and administrative assistance both to his customers and to local service providers. He has provided advanced claims processing training to administrative personnel of local service providers. He has been very active in

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| JAMES FRANK | James Frank | 101 Trails End Dunfermline, IL 61524 | 12-6-2013 |
| Edythe Watson | Edythe Watson | 102 Lone Pine Dunfermline, IL 61524 | 12-6-2013 |
| Robert Ford | Robert Ford | 7647 E. Buckeye Ch. Rd. Smithfield, IL 61477 | 12-7-2013 |
| John Stigley | John Stigley | PO. Box 87 Dr Vault, IL | 12-7-2013 |
| THELMA CLARK | | 547 E Myrtle St, Canton Il. | 12-7-13 |
| Thin Myers | | 635 W Ave B Lewistown | 12-7-13 |

6

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Ronald E. Lingenfelter | Ronald E Lingenfelter | 451 Lee Rd 346 Salem AL. 36874 | 12/6/2013 |
| Terry Svob | Terry D Svob | 603 E. Mason, Havana IL, 62644 | 12-6-2013 |
| James A. Young | | 1671 E. Myrtle, Canton, IL 61520 | 12-6-2013 |
| Carolyn Woods | | 210 Lincoln Rd, Canton IL 61520 | 12-6-2013 |
| Jacqueline Crawford | | 112 Longwood Ct. Canton, IL 61520 | 12-6-2013 |
| Donna Mustread | Donna Mustread | 455 W Oak, Smithfield Il 61477 | 12-10-13 |
| Lory R. Houseter | | 537 E Pine Canton, IL 61520. | 12-11-13 |

4

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| GLEN L MEDUS | Glen J Medeiros | 302 PECAN ST CANTON, IL | 6 DEC 13 |
| LARRY J KRULAC | | 23441 CHIPPEWA, CUBA IL 61427 | 6/DEC/13 |
| CJOE C. PUTRICH | Joe C Putrich | 15192 E. MISHI-NAMA DR. Cuba, IL 61427 | |
| Sam Ruey | | 635 N 20th ave | 12-6-13 |
| Robert Hammond | | 25 LINDEN CANTON | 12/6 |
| Aubrey P Baker | | 235 N. 4th Canton | 12-6-13 |
| Myrn C White | | 263 Pecan Canton | 6/3/10 |
| Carolyn Kest | | 240 Lincoln Rd Canton | 12/10/13 |
| Floyd Sportes | | 1400 N. Spotser Ln Canton | 12/11/13 |
| Marianne Kunkel | | 14251 E Natchez Canton | 12-13-13 |

5

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| NORMAN MEYER | Norman Meyer | 35 Laurel Dr. Canton, IL 61520 | 12/6/03 |
| ROBERT PAVLEY | R. Y. Pavly | 876 N. 5th AVE CANTON IL 61520 | 12-6-13 |

4

6

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Marilyn Ford | | Canton Il. 23397 N. Taylor Rd | 12-07-13 |
| Peggy J Ford | | 1136 SU NVIE DR CANTON IL. | 12-7 2013 |
| Gary Jacobus | | 24442 N State Hwy 97 Cuba Il | 12/7/2013 |

7

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| RICHARD ROGALA | Richard Rogala | 6721 POWELL ST DOWNERS GROVE, IL | 12/19/13 |
| Larry A Benoit | Larry A Benoit | 5x44 Unit Ct Hanover Park, IL 60133 | 12/19/13 |
| Wesley J Horene | Wesley J Horene | 6636 St James Ct Downers Grove IL 60516 | 12-19-13 |
| FREDRICK A. KOESTER | Fred A Koester | 35020 WILLIAMS RD WARRENVILLE, IL 60555 | 12-19-13 |
| John J. VALINTIS | John Valintis | 7400 SEMINOLE CT Woodridge, IL 60517 | 12-19-13 |
| Phillip L. BelleSuil | Phillip BelleSuil | 5412 Washington St. Downers Grove IL 60515 | 12-19-13 |
| Grover Lee | Grover Lee | 838 CHESTNUT HINSDALE IL 60521 | 12-19-13 |
| Lawrence Kasch | Lawrence Kasch | 1516 S. WASHINGTON PARK RIDGE, IL 60068 | 12-19-2013 |
| Robert Jenkins | Robert Jenkins | 8235 S. Washington Elmhurst, IL 60126 | 12-19-2013 |

8

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DOMINIC Cobotta | | 15760 Spangler Farm Dr. Plainfield IL 60544 | 12/12/13 |
| Mike Green | | 460 Flock Ave Naperville, IL 60565 | 12/12/13 |
| FRANK STANHOPE | | 428 S. Banbury Rd ARLINGTON HTS, IL 60005 | 12/12/13 |
| JOHN WRIGHT | | 1585 CLEMSON Dr. Naperville, IL 60565 | 12/12/13 |
| Rich Ruesch | R. Ruesch | 1075 Naperville IL 60540 | 12/12/13 |
| ROB SWIM | | 2532 NOTTINGHAM Il 60565 | 12-12-13 |
| STEPHEN MCDERMOTT | | 1207 E. CRABTREE Dr ARLINGTON HTS IL 60004 | 12/12/13 |
| James H. Shuman II | | 16743 MidSummer La. Spring Hill FL 34610 | |

9

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| LINDA Scienski | Linda Scienski | 8078 Olivia Ln, Hanover PK. IL 60133 | 12/4/13 |
| Carol Churilla | Carol Churilla | 259 N. Fulton Ave. Bradley, Il. 60915 | 12/4/13 |
| CATHERINE S. WALESA | Cathrin S Walesa | 6411 S. Tripp Ave, CH60, IL 60629-5120 | 12/4/13 |
| Dianne Prusm | Dianne Prusm | 944 N. Yale Dr. MP K. IL 60181 | |
| KAREN JONES | | 2253 S. 15th Ave. NORTH RIVERSIDE, IL 60546 | |
| LAURA KONOPASEK | | 3939 MAPLE Ave, BROOKFIELD, IL 60513 | |
| CAROL KENZEL | Carol Kenzel | 1055 TALBOTS LN ELK GROVE VLG IL 60007 | |
| MARY PIZZATO | Mary Pizzato | 1453 TALON DRIVE, MANTENO, IL 60950 | 12/4/13 |
| ROBERT HOSCHWITZKE | Robert Hoschwitzke | 571 TARPANCT SCHAUMBURG, IL | 12/4/13 |
| DIANNE GILL | Dianne Gill | 1137 LEAVITT FLOSSMOOR, IL 60422 | |
| ED PAULIK | Paulk | 13731 S LARAMIE CRESTWOOD, Il 60445 | |
| Eugene R. Wawrzyniakowski | | 1179 OAKTON LN. NAPERVILLE IL 60540 | 12/4 |
| Bill Burkhead | Bill Burkhead | P O Box 352 Fairview, IL 61432 | |
| Lawrence Dessa | | 616 Bull RunCt Naperville IL 60540 | |
| Linda Waggoner | | 341 SHELBURNE DR., CAROL STREAM, IL 60188 | |
| Anne Placek | | 713 HACKBERRY CT BARTLETT IL 60103 | |
| Barbara A Bromsby | | 445 York Rd, Riverside Il 60546 | |
| Alicia Halme | | 2630 Old Woods Trail Plainfield, IL 60586 | |
| Kathleen Brodock | | 400 E Ohio #802 Chg IL 60611 | |
| GEORGE PADERA | | 1633 ARBOR CT DARIEN, IL 60561 | |
| Roger Mason | | 73 Lombardy Ln Oswego, IL 60543 | |

10

(a c)

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| GARY BUEHRG | Gary L Buehre | 7005. HARVARD, VILLA PARK D 60181 | 12/4/13 |
| Jim Gorniak | Jim Gorniak | 2243 Willow Ridge Naperville, IL | 12/4/13 |
| Theresa F. Anderson | | 3537 S. Latrata Ave | 12/4/13 |
| BILL ARMSTRONG | Bill Armstrong | 855 ABERDEEN CT. FOLINGBROOK, IL. | 12/4/13 |
| PAUL MONELL | Paul Monell | 636 STANFORD LN BUFFALO GROVE ILL 60089 | 12/4/13 |
| Ron Jackson | | 1625 KILLDEER NAPERVILLE 60565 | 12/4/13 |
| Sandy Pkurnicki | | 10582A PALOS PL. PALOS HILLS. 60465 | 12/4/13 |
| Margaret L. Valentino | | 234 Windsor Dr. 100446 Bolingbrook | 12/4/13 |
| | | 264 McCOOR CT BARTLETT IL | 12/4/13 |
| Brian | | 727 W Exchange St, Crete, Ill 60417 | 12/4/13 |
| Shirly Vaughan | | 2023 S 20th Ave. Broadview, Ill. 60155 | |
| Thomas J. Ewell | | 1501 BAKER PL. DOWNERS GROVE, IL 60516 | |
| Jim J. Stopka | | 808 ON STONE | LAGRANGE PARK IL 60526 |
| Carrie T. Koverin | | 8613 Cheshire LN | Darien IL 60561 |

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| R LARAMIE | | 514 E ADAMS OAK KREST | 12-4-13 |
| R. FERREIRA | R. Ferreira | 248 Denver Dr. Des Plaines IL. 60018 |
| N BRUNING | H E Bruning | 1920 E. Liberty Dr. Wheaton IL 60187 |
| M. KOZLOWSKI | Midland Z Kozlowski | 3913 SARATOGA AVE UNIT 114 IL 6055 Downers Grove |
| M. Layton | Mellra Layton | 1213 Ryson Ct Wheaton IL 60189 |
| P Layton | P D Layton | 1213 Ryson Ct Wheaton Il 60189 |
| R. Grigsby | Ray Grigsby | 6230 Plymouth Ct Downers Grove Il 6051 |
| J. Schlusemann | J. Schlusemann | 799 Pottawatomie Trail Batavia, IL 60510 12/18/13 |
| T. Petterson | Terry Petterson | 4 St Lo Ct Cary, IL 60013 |
| ED ANESI | | 789 ERIE CT. CAROL STREAM, IL 60188 |
| ROGER STUMPF | | 377 N. CLARENDON AVE, LOMBARD, IL 60148 |
| JOHN STISO | John Stiso | 9227 S. 49th CT. OAK LAWN, IL 60453 12-4-13 |

4

12

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| CORINNE MALPEDE | Corinne Malpede | 12839 Deer Meadow Ln. Huntley Il 60142 (retired 3/2001) | 12/1/2013 |

3

13

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| BARBARA E. HANSEN | *Barbara E Hansen* | 2635 Argus Blvd. Maryville, Tn. 37803 | 11/29/13 |

14

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DANIEL D. JUDAY | Daniel D. Juday | 196 Fox Run Rd. CROSSVILLE, TN 38571 | 12/2/2013 |



Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Barbara Matula | Barbara Matula | 9725 Southern Belle Brooksville FL-34613 | 11-30-13 |

4

/ 6

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Sandra Ewell | Sandra Ewell | 1957 Titleist Way, Indpls, IN 46259 | 11-30-13 |
| William W Jones, | | 407 Mistwood ct Spring Hill FL 34609 | 12/4/13 |

3

17

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| LARRY R. BULL | *Larry R. Bull* | 5800 S 600 E Columbia City, IN 46725 | 3 December 13 |

3

18

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| JAMES A. BICKEL | J.A. Bickle | 9710 SHOREWOOD TRAIL FT WAYNE, IN 46804 | |
| RETIREE, MARCH 31, 2010, | | | Nov 30, 2013 |

19 (1⁰⁰)

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
| --- | --- | --- | --- |
| JAMES N BYRNE | James N Byrne | 03 Pine Lake Drive Whispering Pines N.C. 28327 | 11-29-2013 |

3

20

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| NOEL L. SELL | Noel L. Self | 130 PRESTWICK WAY AUBURN IN. | 12-2-13 |
| | | | |
| | | | |

3

2(

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6.  The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Gary Cecil | Gary Cecil | 26841 Clarkston Dr. #13104 Bonita Springs, Florida 34135 | 12/3/2013 |

3

22

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| Joy Rogers Youkol | Joy Rogers Youkol | 122-75 7th St - Burr Ridge IL | 12-3-13 |
| Thomas Youkol | Thomas E Youkol | 122-75 7th St - Burr Ridge IL | 12-3-13 |
| | | | |
| | | | |

3

23

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| Carole Russell | Carole Russell | 140 Cambridge Lane Glendale Heights IL 60139 | 12-2-13 |
| | | | |
| | | | |
| | | | |

3

2-4

desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address |
|------|-----------|---------|

Date

12/3/2013   JAMIR Y. GHANDUR   _(signature)_   443 WOODHILL DR
CAROL STREAM
IL 60188

3

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

Name Signature Address Date

MICHAEL E. HAEMMERLE

*Michael E. Haemmerle*

5732 RIDGWOOD ROAD EAST, SPRINGFIELD, OHIO 45503

11-27-13

2 6

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| PAUL R ERICKSON | *Paul R Erick* | 692 VALLEY DR, VALPARAISO IN 46383 | 12-3-2013 |
| | | | |
| | | | |

3

27

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DAVID STEGEMOLLER | David Stegemoller | 132 Oohleeno Way Loudon, TN | 12/04/2013 |
| | | | |
| | | | |
| | | | |

3

28

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DENNIS W. MONTE | Dennis W. Monte | 280 JONATHAN CRK DR ETOWAH, NC 28729 | 12/2/2013 |

29

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ALVIN J. HAIRSTON | A.J. Hairston | 10020 NORTHWIND DR INDPLS, IN. 46256 | 12/3/13 |

3

30

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address |
|------|-----------|---------|
| Date | | |
| 12/2/13 | Charles J. Thatcher (Charles J. Thatcher) | 811 Oak Ct. Green Rd of IN. 46140 |

3

31

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| STEPHEN G. BAKER | Stephen G. Baker | 2561 PONDEROSA RD. SPENCER, IN 47460 | 12/2/2013 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

32

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Donald VanDuMaere | Donald Van DerMarp | | 12/3/2013 |
| 8152 Loovst Lake Rd Spencer In 47460 | | | |
| | | | |
| | | | |

3

3³

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| JOHN SCHOON | John Schoon | 264 GATLIN BLUFF THOMASVILLE, GA 31757 | 12-3-13 |

3

34

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| DANIEL R. HERMAN | David R Herman | 23.53 BROADVIEW DR, LANARK IL. | |
| | | | DECEMBER 2, 2013 |
| | | | |
| | | | |
| | | | |

3

35

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| BEVERLY HARBUTT | *Beverly Harbutt* | 22 W052 Glendale Terrace Medinah, Il. 60157 | 12/2/2013 |
| | | | |
| | | | |
| | | | |

3

36

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DIANNA BABIAR | Dianna Babiar | 2336 S. 10th Ave. N. Riverside, Il. 60546 | 12-1-2013 |

37

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| MARILYN KORFHAGE | *Marilyn Korfhage* | 5107 CANTERBURY DR | 12-4-13 |
| | | SARA SOTA, FL 34243 | |
| | | | |
| | | | |

38

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| JOSEPH T. MALONI | *Joseph J. Maloni* | 6191 W. MAPLE GROVE RD. HUNTINGTON, IN. 46750 | 12-3-2013 |

3⁹

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| John E. Brey | | 129 E. WEATHERSFIELD WAY Schaumburg IL 60193 | 12-6-2013 |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Bonnie Drozdow162 | Bonnie Drozdowig | 1119 KAHITE TRAIL VONORE, TN 37885 | 12-2-2013 |
| RICHARD DROZDOWICZ | Drozdowicz | " " " | 12-2-2013 |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| John C. Davis | John C. Davis | 10208 Dublin Dr. Union, KY 41091 | 12/3/13 |
| | | | |
| | | | |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this ___ day of _____ , 2013:

_____

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola. Shy Retiree Class Counsel has previously been requested to and has refused to present this Petition to the Court.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| | Name | Signature | Address | Date |
|---|---|---|---|---|
| 1. | Wayne R Mills | Wayne R Mill | 6907 NW Park Plaza Dr Kansas City, MO 64151 | 11/3/2013 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Jimmie E Graddy | Jimmie E. Graddy | 701 Spring Crest Drive Dallas, GA 30157 | Dec. 4, 2013 |

3

44

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| MARIA E. JOHNSON | Maria E. Johnson | 2511 Achilles St  Pt Charlotte Fl 33980 | 12-5-2013 |

3

45

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| William R. Sims | *William R. Sims* | 521 Dylan Dr. Avon, IN. 46123 | Dec 3, 2013 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address |
|------|-----------|---------|
| Date | | |

12-3-2013     Diane C. Atkins

DIANE C. ATKINS

5134 N. BRANDYWINE Road

Shelbyville, IN 46176

3

I swear that I am a non-represented Navistar Shy retiree and that
I desire that this court replace the current Shy HBPC Other Member
With Jack D. Hall.

Freddie L. Evans

*Freddie L. Evans* Dec, 3, 2013

11043 E. McGregor Rd.
Indianapolis. IN 46259

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Richard D Veach | Richard D Veach | 1384 N Santa Dr. Greensburg In 47240 | 12.03.2013 |
| | | | |
| | | | |

3

−19

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| JERRY B. MOSES | | 3448 GALLANT FOX TL. TALLAHASSEE, FL. 32309, INDIANAPOLIS NAVISTAR NON-REPRESENTED EMPLOYEE RETIRED AUGUST 31, 1993. | DECEMBER 5, 2013 |

3

5ᴿ0

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address |
|------|-----------|---------|
| Date | | |

12/3/13  JOHN A FOLEY  *John R Foley*  12326 Thunder Bay Ct
Indianapolis, IN
46236

3

51

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | | Date |
|------|-----------|---------|---|------|
| ROBERT K CANTER | Robert K. Canter | 3815 MISTLETOE DR. INDPLS, IN 46237 | | 12/4/13 |
| | | | | |
| | | | | |

3

52

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. Stevens | Example | PO Box 1184 Ft Wayne IN 46866 | 11/30/2013 |
| Otto W. Strunck | Otto W. Strunck | 432 Hieldago Dr The Village, FL 32159 | 12/7/13 |

3

5-3

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| James W. Thiesing | | 4922 County Road 48, Auburn, IN. 46706 | 12/08/2013 |
| | | | |
| | | | |
| | | | |

3

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DANNY W. ONEY | *Danny W. Oney* | 10809 Wonderland Dr. Indianapolis, IN 46239 | 12-3-13 |

3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| GEORGE J. MAAT | | 6570 WHISPERING PINES LANE GRANT FLORIDA. | 12-04-2013 |
| | | | |
| | | | |

3

56

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| David Read | David M. Read | 3212 Bennett Drive Naperville, IL 60564 | 12/2/2013 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5-7

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| BARBARA SEEMAN | Barbara Seeman | | 12/3/13 |
| 2629 S. 13th AVE. | | | |
| BROADVIEW, IL. 60155 | | | |

5-8

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC. ⎯

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| HEINZ U. WANSER | *Heinz U Wanser* | | 12-03-2013 |
| 2113 WESTBURY DRIVE, WOODRIDGE, IL 60517 | | | |
| | | | |
| | | | |

3

5⁻9

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Michael Mercier | Michael Mercier | 9849 Mago ln Munster, IN 46321 | 12/4/13 |
| | | | |
| | | | |

3

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| MICHAEL L TURNER | M. L. Turner | 6650 E VISTA VIEW CT MOORESVILLE IN 46158 | 12/3/2013 |
| | | | |
| | | | |

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill. Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar. Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November. 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Willie Walden | | 947 Dogwood Ln. Greenwood IN 46143 | 12-4-2013 |
| | | | |
| | | | |
| | | | |

3

c 2

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| STEVEN P BURFORD | | 3046 W. TULIA TREE DR. GREENFIELD | 12/05/2013 |
| | | | |
| | | | |
| | | | |

C3

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| LAWRENCE F. STRICKLER | *[signature]* | 11500 E 111th St. Fishers In | Dec. 6, '13 |
| | | | |
| | | | |
| | | | |

3

C 4

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. J~~██████~~s | Example | PO Box 11484 Ft Wayne IN 46858 | 11/30/2013 |
| J.C. Galvin | JC Gahn | 1043 Catherine Ave Naperville, IL 60540 | 12/6/2013 |
| | | | |

3

c5

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN  46858~~ | 11/~~26/20~~13 |
| C.A. Surace | *Andrew Surace* | 1332 N Peartree MT. Prospect IL 60056 | 12/6/2013 |

Have a wonderful day
Paul

📄 **PETITIONTOREPLACESHYPLA1-singlesigner.doc**
39K

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| MICHAEL MONTGOMERY | ~ | 5628 GARDEN LAKES PARKWAY 34203 BRADENTON, FL | 16/4/13 |
| NADA J. MONTGOMERY | Nada J. Montgomery | 6010 Cheryl Ann Dr. 44131 | 12/4/13 |
| | | | |
| | | | |

3

67

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| MARY JO HABENICHT | Mary Jo Habenicht | 82 Country Club Dr Bloomingdale, IL 60108 | 12/5/13 |

3

C8

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~The Stevens~~ | ~~Example~~ | ~~PO Box 11481 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| Joyce A. Hardy | Joyce A. Hardy | 327 W. Natoma Addison, IL 60101 | 12/6/13 |

C 9

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

WILLIAM W. JONES

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date 12-4-13 |
|---|---|---|---|
| DARRELL HARDY, | Darrell Hardy, | 11 SAWYER AVE, LAGRANGE, IL 60525 | |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Robert A. Caruso | Robert G. Caruso | 6820 Springside Av. Downers Grove, IL. 60516 | 12-3-13 |
| | | | |
| | | | |
| | | | |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Robert V. Schmidt | Robert V. Schmidt | 13941 S. Arapaho, Homer Glen, IL 60491 | 12/4/2013 |
| | | | |
| | | | |

3

~~T. J. Stevens~~        ~~Example~~        ~~PO Box 11234 Ft. Wayne, IN. 46858~~        ~~11/30/3013~~

Thomas E. Hennigan    475 PARNell Pl. E Springfield Ohio 45503   12/8/2013

Mary Ann Wiseman Hennigan   475 Parnell Pl. E. Springfield Oh 45503   12/08/13

BOTH
wore
new
employees

4

73

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Ted Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne IN 46858~~ | ~~12/30/2013~~ |
| Peter J Waldner | Peter W Waldner | 7312 W Lexcaster St. Sioux Falls, SD 57106 | 12-07-2013 |

3

74

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. J. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/2013~~ |
| M. F. "JACK" GARTNER | JM Gartner | 10740 Oakofess Ln., Darien IL 60561 | 11/6/13 |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11481 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| STEPHEN A. GERLICHER | Stephen A. Gerlicher | | |
| ALICE A. GERLICHER | Alice A. Gerlicher | | |
| | | both 747 NEW MEXICO TRAIL ELK GROVE, IL, 60007 | 12/7/2013 |

3

7C

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

Case: 3:92-cv-00333-WHR Doc #: 449 Filed: 09/07/14 Page: 78 of 200 PAGEID #: 2492

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. Stevens | Example | PO Box 11484 Ft Wayne, IN 46858 | 11/30/2013 |
| Steve Drum | Steve Drum | 28841 N 125TH Ave Peoria, AZ 85383 | 12/7/2013 |

**Have a wonderful day**
**Paul**

Bill:

I have forwarded this to several other people to sign

If I can be of further help please call me at (623) 466-5128 or send me an e-mail at s-cdrum@hotmail.com

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. Stevens~~ | ~~Example~~ | ~~PO Box 11404 Ft Wayne, IN  46858~~ | ~~11/30/2013~~ |
| Danny A. Holden | Danny Holden | 14829 S. 6TH PL Phx, AZ 85048 | 12-7-13 |

3

78

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/2013~~ |
| William M. Negley | William M. Negley | 1122 Wells St. Sandwich, IL 60548 | 12/7/2013 |

Have a wonderful day
Paul

Attachments:

**PETITIONTOREPLACESHYPLA1-singlesigner.doc**          38.5 KB

Thank you, we appreciate your support of our efforts.
 Bill Jones,
407 Mistwood Court,
Spring Hill, Florida 34609

**If you wish to sign the petition you may print out the Signature Page below and mail to Bill:**

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J ~~Cummins~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN~~ 46858 | ~~11/30/30~~13 |
| GO W'He Dewly Wittes | | 320 Honors Drive Shorewood, IL 60404 | 12/7/2013 |

Have a wonderful day
Paul

8°

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~1 ~~ |
| Dennis K Sullivan | *Dan K Sullivan* | 132 E Van Buren, Elmhurst, IL 60126 | 12/06/2013 |

3

81

Case: 3:92-cv-00333-WHR Doc #: 449 Filed: 03/07/14 Page: 83 of 200 PAGEID #: 2497

Each of the undersigned states that he or she is a non-represented Shy Participant (or is covered by Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Ted Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/2013~~ |
| DIANNE POGWIZD | Diane Pogwizd | ON308 BOYD DR. GENEVA, IL 60134 | 12-7-13 |

4

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Jo Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| FLOYD WENDALL TOLAND | | 1560 N. SANDBURG TERR, APT 2203, CHICAGO, IL, 60610 | 12-6-13 |

8 3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Ronald E. Dietz | *Ronald E. Dietz* | 321 Carriage Hill Rd Naperville, IL | 12/06/2013 |
| | | | |
| | | | |

84

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/20/2013~~ |
| K.A. Komaromy | Kathryn A. Komaromy | 930 W. Vista Dr., Algonquin, IL 60102 | 12/6/2013 |

3

85

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T.J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| Larry Wake | Larry Wake | PO Box 496 Streamwood, I L. 60107 | 12/6/2013 |
| | | | |

3

8C

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T.J. Stevens~~ | ~~Example~~ | ~~PO Box 11404 Ft Wayne, IN 46858~~ | ~~11/28/2013~~ |
| JOSEPH WAGNER | | 1513 WEXFORD PL Naperville IL 60564 | 12-6-2013 |

3

8⁷

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| KAREN J. HARTH | *Karen Hart* | 2539 MAYFAIR AVE. WESTCHESTER, IL 60154 | 12-6-13 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

48

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| JOHN W ERLEHAUSH | *JW Erlenbush* | 5929 WILLOW CREEK Ct. NEW PORT RICHEY, FL. | 12-7-13 |

Have a wonderful day
Paul

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| John Martinicll | *(signature)* | 156 Arona Rd LH -30137 | 12-9-13 |

90

Subject:   To All Shy Plan NICARC Members who have not already signed the Bill Jones "Petition" at the luncheon

From:      Linda Worden (linda.worden@mchsi.com)

To:

Date:      Friday, December 6, 2013 6:18 PM

To All Shy Plan NICARC Members:

This is a NICARC web-site posting and email from Bill Jones. Bill retired from the Corporate Law department and for many years has been assisting the non-UAW-represented Shy Participants on legal issues with respect to the Shy Consent Judgment.

Most recently, as many of you will remember, was the Silver Script drug plan issue. As you may recall, the Shy Consent Judgment provides for two committees to oversee the retiree health care trusts. One is the Health Benefit Plan Committee (HBPC) consisting of three (3) Company members, two (2) UAW members and one (1) "other" member representing "non- represented" retirees. The "other" position is filled by John Mindiola who was a Waukesha Wisconsin plant steelworker. There is a seventh member who is independent and serves as chairperson of the committee.

The second committee is the Supplemental Benefit Plan Committee and is not the subject of any Bill Jones Activity at this time. Bill has been very active over the past three years in trying to understand the operation of the Shy retiree healthcare plan and defend the Shy Participants with regard to several alleged "assaults" on our benefits by Navistar to reduce its "retiree legacy problem" costs and its reported $1.6 billion in Aggregated Post-retirement Benefits Obligations ("APBO"). A current action Bill is undertaking is to try and replace the current incumbent "Other Member" of the Health Benefit Program Committee with Jack Hall, as described below.

Bill has prepared a Petition to Judge Rice pursuant to the terms of the Shy Consent Judgment that will accomplish this goal. He needs at least 50 signatures. As you may already know, John Stiso gathered many of our signatures at the Luncheon this week but Bill would like to get as many signatures as he can to show an overwhelming support of this proposal. This posting and email is intended to give all Shy Participants a better idea of what is involved if they have not already signed the petition with John at the NICARC luncheon. Also included is a copy of the Petition with a signature page that readers can use to sign this Petition at home and send directly to Bill at his Florida address. With our mounting frustration with the administration of the Shy Retiree Healthcare Plan by Navistar, the UAW leadership, Retiree Class Counsel and the Health Benefit Plan Committee, a small group of Shy Plan Participants have decided to become more assertive on behalf of all the "non-represented" Shy Participants to better protect our rights and interests under the Shy Consent Judgment. I (Bill) have prepared a Petition that will be presented to Judge Rice that follows the Shy Consent Judgment protocol for replacing the "Other Member" of the Health Benefit Plan Committee.

The HBPC membership is as follows: three Navistar Members (Dan Pikelny, Barry Morris and a vacancy where Annette Freund used to be; two UAW Members (Sarah Doyle and Craig Miller, both UAW employees at Solidarity House in Detroit) and one "Other Member" (currently Don Mindiola, a United Steel Worker represented Navistar retiree out of Waukesha. The Shy documents provide for an ad hoc "Seventh Neutral Member" of the HBPC to be appointed from time to time by agreement of the other members but that provision has not proved "workable" in practice such that the HBPC is often deadlocked and ineffective. The performance of the HBPC in recent years has been shameful especially in dealing with Navistar's open assaults on the Shy Plan to reduce its retiree costs and APBO. The Shy Consent Judgment provides a mechanism to replace the "Other" Member of the HBPC through a Petition to the Judge stating that the incumbent "Other" Member has failed to adequately represent the non-UAW-represented Shy Participants that is signed by at least 50 non-UAW-represented Shy Participants. The attached Petition conforms to those requirements and seeks to replace Mr. Mindiola with Jack Hall who is a Shy Plan 2 (Medicare) non-represented Participant and a respected Canton, Illinois insurance expert who has been very active in helping local Navistar retirees to navigate the Shy Plan and in offering authoritative advice and suggestions to Navistar, the HBPC and the SBC on how to make the Shy Plan be structured better and administered better and to be more in compliance with governmental regulations. We feel that he could be even more effective if he served on the Health Benefit Plan Committee (HBPC).

This Petition is being circulated at the retiree holiday parties in Canton and Chicago and I am posting and emailing a version here that any non-represented Shy Plan Participant or Surviving Spouse Participant is urged to sign and return to me (Bill Jones). I would prefer that you mail a signed page (you don't have to include the entire Petition) to me via US Postal service at 407 Mistwood Court, Spring Hill, Florida 34609 but I will accept scanned and emailed copies. I believe that this Petition cannot be contested by Navistar or the UAW as they have no recognized involvement in this process. Retiree Class Counsel in Washington, D.C. (who is on the Court record as representing all Shy Participants) has made it clear in word and in deed, that he is paid by the International UAW and directed by the UAW such that he will not take actions on behalf of the non-represented Shy Participants that are not also specifically supported by the International UAW. We have retained highly regarded Chicago counsel to represent the 17,000 non-represented Shy Participants (and RPSE Participants) as Shy Co-Class Counsel (or Lead Class Counsel for RFPSE matters) in all federal courts (at no cost to the Participants). I believe that if we collect and present several hundred signatures instead of the minimum fifty, the message to Judge Rice will be stronger. As part of our overall litigation strategy we will be making the case that the non-represented Shy Participants have truly not been "represented" before the Court. Thank you, we appreciate your support of our efforts. Bill Jones, 407 Mistwood Court, Spring Hill, Florida 34609 If you wish to sign the petition you may print out the Signature Page below and mail to Bill:

This Petition has been signed in several counterparts that shall be treated as a single Petition.This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.Respectfully submitted this 28th day of November, 2013; William W. Jones                    William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and the current members of the HBPC including Mr. John Mindiola. Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 114R4 Ft Wayne, IN. 46858 | 11/30/3013 |

RICHARD G. OSBORN  *Richard G. Osban*, 9499 N. SHERMAN DR. CITRUS SPRINGS, FL 34434

12/9/13

9 /

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ROBERT J WESTFALL | *Robert J Westfall* | 8540 NAPLES HERITAGE DR #811 NAPLES, FLORIDA 34112 | DEC 6 2013 |
| | | | |
| | | | |

3

92

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/2013 |
| Norval Hull | Norval Hull | 4028 Windswept Dr FORT WAYNE, IN 46815 | 12-7-2013 |

Have a wonderful day
Paul

4

G 3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| R. W. Swan | *Robt W Swan* | 13224 Denton Hill Dr. Fort Wayne, IN. 46845 | Date: 12/07/2013 |

3

94

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434)                    . Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones                 *THANK YOU FOR ALL*
—————————                 *YOUR WORK ON OUR BE-*
William W. Jones                 *HALF*

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T ~~I Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | |
| 11/30/3013 | | | |

*Richard A. Brantingham*     12/7/13
RICHARD. A. BRANTINGHAM
1071 WEST SHORE DRIVE
CULVER, IN. 46511

**Have a wonderful day**
**Paul**

=

Friday, December 06, 2013 AOL: Dtbrantingham

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billycobia@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/2013 |
| JACK A. GAYLORD | *Jack Gaylord* | 10009 HOUNDS HILL Fort Wayne IN 46804 | 12-6-2013 |
|  |  |  |  |
|  |  |  |  |

3

9ᶜ

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | PO Box 11484 ~~Ft Wayne, IN~~ 46858 | ~~11/30/~~3013 |
| R.A. SHRIVER | R. A. Shriver | 3311 COVINGTON RESERVE PARKWAY FORT WAYNE, IN 46804 | 12/7/2013 |

97

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/3013~~ |
| R. W Glotzbach | Robt. J Dotzbach | 2713 Red Oak Run, Fort Wayne, IN 46804 | 12/7/2013 |
| | | | |
| | | | |

3

98

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes.  Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates.  In the vast majority of cases this advice has been ignored by the HBPC and Navistar.  Several, but not all of his ideas have, however, been pursued by the SBC.

6.  The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~TJ Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/~~3013 |
| Richard A. Patrick | Richard A Patrick | 1065 Girl Scout Camp Rd Spencerville TN 38256 | 12/7/2013 |

3

99

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T.J Stevens | Example | PO Box 11484 Et Wayne, IN. 46858 | 11/30/3013 |
| JAMES E. QUINN | James E. Quinn | 5910 WEISINGER DR MAGNOLIA TX 77354 | 12/6/2013 |
|  |  |  |  |
|  |  |  |  |

3

100

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| TERRY G. WOOD | *Terry G. Wood* | 6941 SUNSET AVENUE COUNTRYSIDE, IL 60525 | 11 DEC 2013 |

3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T.J. Stevens | Example. | PO Box 11484 Ft Wayne, IN 46858 | 11/20/2013 |
| ARTHUR J. DATA JR. | Arthur/Dal/ | 131 AUGUSTA LN, PALOS HEIGHTS, ILL 60463 | 14/9/13 |
| | | | |
| | | | |

3

*1 e 2*

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T_____ns | E_____le | PO Box 11484 Ft Wayne, IN. 46858 | 1_____ |
| Inevaar L Fors | _____ | 1607 Pershing Ave Wheaton Ill 60189 | 12/6/2013 |
| | | | |
| | | | |
| | | | |

3

*103*

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T.J. Stevens~~ | ~~Example~~ | ~~P.O. Box 11484 Ft. Wayne, IN 46858~~ | ~~11/30/2013~~ |
| R.J. Atkinson Jr | *Atkinson* | 2251 Hiram Dr Wheaton, IL 60189 | 12/7/2013 |

3

104

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. J. Stevens~~ | ~~Example~~ | PO Box 11484 Ft Wayne, IN. 46858 | ~~12/30/2013~~ |
| THOMAS G. NUSS | *Thomas G Nuss* | 8105 LEGACY LANE FORT WAYN IN 46835 | 12/7/2013 |

3

105

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~TJ Stevens~~ | ~~Example~~ | ~~PO Box 1484 Ft Wayne, IN 46858~~ | ~~11/30/3013~~ |
| Levi E. Gleixner Jr. | Levi E Gleixner Jr | 4120 West Hane Rd Fort Wayne In 46815 | 12/1/13 |
| Howard Pletcher | Howard Pletcher | 8704 Winchester, Ft Wayne IN 46819 | |
| Eugene C. Menne | Eugene C Menne | 6919 Balmoral Dr, Ft. Wayne IN 46804 | |
| JERRY E. FEE | Jerry E. Fee | 4019 CR 35 AUBURN IN. 46706 | |
| Shirley J. Fee | Shirley J. Fee | 4019 CR 35 AuBurn IN. 46706 | |

3

106

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| ~~Tom Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN, 46858~~ | ~~11/30/3013~~ |
| JOHN S. PETRY | *John D. Petry* | 715 LN. 275 JIMMERSON LK. ANGOLA, IN, 46703 | 12/9/2013 |

107

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes.  Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates.  In the vast majority of cases this advice has been ignored by the HBPC and Navistar.  Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. J. Stewart | Example | PO Box 11484 Ft Wayne, IN 46858 | 11/30/2013 |
| Richard L. Malecki | (Richard Malecki) | 2224 Timberlake Tr Fort Wayne, IN 46804 | Dec 7, 2013 |

3

108

The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) ¶ HYPERLINK "mailto:billyachts@aol.com" ¶ billyachts@aol.com[1]. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:
 William W. Jones

                    William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft | |
| Wayne, IN. 46858 | 12/08/2010 Levi | | |
| J.E. Burton | | 6606 Sedgemore Place | |
| | | Fort Wayne, In 46835 | 12/8/13 |

1

Member has failed to adequately represent the non-UAW-represented Shy Participants that is signed by at least 50 non-UAW-represented Shy Participants. The attached Petition conforms to those requirements and seeks to replace Mr. Mindiola with Jack Hall who is a Shy Plan 2 (Medicare) non-represented Participant and a respected Canton, Illinois insurance expert who has been very active in helping local Navistar retirees to navigate the Shy Plan and in offering authoritative advice and suggestions to Navistar, the HBPC and the SBC on how to make the Shy Plan be structured better and administered better and to be more in compliance with governmental regulations. We feel that he could be even more effective if he served on the Health Benefit Plan Committee (HBPC).

This Petition is being circulated at the retiree holiday parties in Canton and Chicago and I am posting and emailing a version here that any non-represented Shy Plan Participant or Surviving Spouse Participant is urged to sign and return to me (Bill Jones). I would prefer that you mail a signed page (you don't have to include the entire Petition) to me via US Postal service at 407 Mistwood Court, Spring Hill, Florida 34609 but I will accept scanned and emailed copies. I believe that this Petition cannot be contested by Navistar or the UAW as they have no recognized involvement in this process. Retiree Class Counsel in Washington, D.C. (who is on the Court record as representing all Shy Participants) has made it clear in word and in deed, that he is paid by the International UAW and directed by the UAW such that he will not take actions on behalf of the non-represented Shy Participants that are not also specifically supported by the International UAW. We have retained highly regarded Chicago counsel to represent the 17,000 non-represented Shy Participants (and RPSE Participants) as Shy Co-Class Counsel (or Lead Class Counsel for RFPSE matters) in all federal courts (at no cost to the Participants). I believe that if we collect and present several hundred signatures instead of the minimum fifty, the message to Judge Rice will be stronger. As part of our overall litigation strategy we will be making the case that the non-represented Shy Participants have truly not been "represented" before the Court. Thank you, we appreciate your support of our efforts. Bill Jones, 407 Mistwood Court, Spring Hill, Florida 34609 If you wish to sign the petition you may print out the Signature Page below and mail to Bill:
This Petition has been signed in several counterparts that shall be treated as a single Petition. This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request. Respectfully submitted this 28th day of November, 2013: William W. Jones                    William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola. Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/2013 |
| S.A. LOGAN | Sharon Logan | 260 Lane 650 BA Snow Lk Fremont Indiana 46737 | 12/9/13 |
| DAN Logan | Dan Logan | 260 LN 650BB Snow LK Fremont IN. 46737 | 12/9/13 |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434)                        . Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that the Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| MARILYN DAWSON | M dawson | 440 NE Valleyview W. Vancouver, Wa 98662 | 11/30/13 |
| (Jennie) | | | |

3

**behalf of the non-represented Shy Participants that are not also specifically supported by the International UAW.**

We have retained highly regarded Chicago counsel to represent the 17,000 non-represented Shy Participants (and RPSE Participants) as Shy Co-Class Counsel (or Lead Class Counsel for RFPSE matters) in all federal courts (at no cost to the Participants).

I believe that if we collect and present **several hundred signatures instead** of the minimum fifty, the message to Judge Rice will be stronger. As part of our overall litigation strategy we will be making the case that the non-represented Shy Participants have truly not been "represented" before the Court.

Thank you, we appreciate your support of our efforts.
Bill Jones,
407 Mistwood Court,
Spring Hill, Florida 34609

**If you wish to sign the petition you may print out the Signature Page below and mail to Bill:**

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/30~~13 |
| Kenneth D Sundreman | | Po Box 3008 Bella Vista AR 72715 | 12-7-13 |

$11^2$

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T L Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| DA SENGER | Dewey Senger | 8129 E. WADE LN 46555 | 12-7-13 |
| | | | |
| | | | |
| | | | |

3

113

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Dennis McClintock | *Dennis McClintock* | 12967 Broad St, Carmel, IN 46032 | 12/7/2013 |
| | | | |
| | | | |
| | | | |

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ 11/28/2013 | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | |
| T. R. Weiss | | 12212 SE 92nd ct Rd Summerfield FL 34491 | 12-8-13 |

Have a wonderful day
Paul

11 5

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Ted Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft. Wayne, IN 46858~~ | ~~11/30/2013~~ |
| M.A. Robinson | May A. Robinson | 1129 Healing Waters Ln. N. Las Vegas NV 89031 | 12/9/2013 |
| | | | |
| | | | |

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Lowell D. WALLS | Lowell D. Walls | 4485 Whitney Rd. Westfield IN 46062 | 12-9-2013 |

3

117

407 Mistwood Court,
Spring Hill, Florida 34609

If you wish to sign the petition you may print out the Signature Page below and mail to Bill:

This Petition has been signed in several counterparts that shall be treated as a single Petition.
This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida
34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for
Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at
his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or
documentation that it may request.
Respectfully submitted this 28th day of November, 2013:
 William W. Jones

                    William W. Jones
Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and
SBC and to the current members of the HBPC including Mr. John Mindiola.
Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving
Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court
replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. J. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/20/20~~13 |
| Jolene W. Arends | Jolene W Arends | 1512 Tulane Dr. Naperville Il 60565 | 12/6/13 |

Have a wonderful day
Paul

$11^8$

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. Stevens | Example | PO Box 1484 Ft Wayne, IN 46858 | 11/30/2013 |
| DP FARTHING | D.P. Farthing | 501 S. Cedars Westmont IL 60559 | 12/9/1 |
| | | | |
| | | | |
| | | | |

3

119

5. Jack D. Hall has been actively involved in the health insurance business since 1984 and has owned and operated his own insurance agency by the name of Jack D. Hall Insurance Agency in Canton, Illinois for the past 20 years where he has designed and implemented comprehensive employee and retiree health care plans for a large number of corporations and municipalities. He has also provided claims and administrative assistance both to his customers and to local service providers. He has provided advanced claims processing training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ROBERT W JARVIS | Robert W Jarvis | 7707 SUSSEX CRK DARIEN, IL. | 12/5/13 |

r 20

Case: 3:92-cv-00333-WHR Doc #: 449 Filed: 03/07/14 Page: 122 of 200 PAGEID #: 2536

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T.J.Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/26/2013~~ |
| Heather J. Bongean | Heather J. Bongean | 603 Golfers Ln., Bartlett, IL 60103 | |

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~F. Stevens~~ | ~~Example~~ | ~~PO Box 11847, Ft Wayne, IN 46898~~ | ~~11/30/2013~~ |
| Yolanda L. Huslig | Yolanda Huslig | 452 W Woodland Ave, Lombard, IL 60148-2152 | 12/9/2013 |

comprehensive employee and retiree health care plans for a large number of corporations and municipalities. He has also provided claims and administrative assistance both to his customers and to local service providers. He has provided advanced claims processing training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. Stevens | Example | PO Box 14547 Noblesville IN 46858 | 11/30/2013 |
| DONALD K FADDEN | | 933 111th AVE NE APT. 356 BELLEVUE, WA 98004 | 12/8/2013 |

3

123

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/3013~~ |
| CJRiggio   Carl J Riggio | | | 12/7/13 |
| | | 244 North Walnut Lane | |
| | | Schaumburg, IL. 60194 | |

3

127

*JOHN E. WARWICK*
*593 ROSE LANE*
*BARTLETT, IL 60103*

*DECEMBER 8, 2013*

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Ed Stevens~~ | ~~Example~~ | ~~PO Box 11104~~ Ft Wayne, IN. 46858 | ~~11/30/3013~~ |
| John E. Warwick | John E. Warwick | 593 Rose Lane, Bartlett, IL 60103 | 12/08/2013 |
| | | | |
| | | | |

125

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Ronald Welch | *Ronald Welch* | 6720 Greenleaf St, Woodridge, IL 60517 | Dec. 8, 2013 |

3

126

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Stevens~~ | ~~Example~~ | ~~P~~ Box 11484 Ft Wayne, IN. 46858 | ~~11/30/2013~~ |
| EDWARD ENSKAT | Edward Enskat | 40W325 OLIVER WENDELL HOLMES ST CHARLES IL | 12/9/2013 |
| Paula Enskat | Paula Enskat | 40W325 Oliver Wendell Holmes, St Charles, IL | 12-9-20 |

3

( 2 )

Fwd: To All Shy Plan NICARC Members who have not already signe...

Case: 3:92-cv-00333-WHR Doc #: 449 Filed: 03/07/14 Page: 129 of 200 PAGEID #: 2543

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. J. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne IN 46858~~ | ~~11/30/3013~~ |
| Robert E. Mulford | | 318 E. Blackberry Ln, Yorkville, Il 60560 | 12-9-13 |

Have a wonderful day
Paul

Attachments:

PETITIONTOREPLACESHYPLA1-singlesigner.doc                    38.5 KB

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Stevens~~ | ~~Example~~ | ~~P.O. Box ... Ft Wayne, IN 46858~~ | ~~11/30/3013~~ |
| Jaime E. Reyes | | 1646 N 18th Ave., Melrose Park, IL 60160 | 12/9/2013 |

13

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| PJ Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/2013 |
| William Hinta | | 13586 Buechur Cheela MARANA AZ | 12/2/13 |

3

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| PHILLIP BOWEN | Phillip Bowen | 12039 BRIARWAY S. DR. INDIANAPOLIS IN, 46259 | |

3

132

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Michael A Metcalf | *[signature]* | 1710 Ridgehill Lane Indpls, In 46217 | 12/10/13 |
| | | | |
| | | | |

3

133

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~P J Stevens~~ | ~~Example~~ | PO Box 11484 Ft Wayne, IN. 46858 | ~~11/30/2013~~ |
| James M. Williams | James M. Williams | 9904 Sedgewick Ave. Plano, TX 75025 | 12-6-13 |
| Linda Williams | Linda G Williams | 9904 Sedgewick Ave Plano Tx 75025 | 12-6-13 |

134

(120)

I wish to know the current Shy HOPC other
member replaced stay John D. Hill.

Bit a Jones, retired from Novisdur, Ft. Wayne
2526 E 600 N Huntington, Ind 46750

135

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/2013~~ |
| A.F. Barksdale | | 3424 Mono Gene Drive Fort Wayne, IN 46806 | 12/9/2013 |

Mary F. Barksdale
3424 Mono Gene Dr.
Fort Wayne, IN 46806-3536

3

L3⁶

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~J. Stevens~~ | ~~Example~~ | ~~PO Box M464 Ft Wayne, IN. 46858~~ | ~~11/30/3013~~ |
| Roy T. Tope | *Roy T. Tope* | 7932 Delagrange Dr WOODBURN, IN 46797 | 12/9/2013 |
|  |  |  |  |
|  |  |  |  |

3

137

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Benjamin L. Cox | Benjamin L. Cox | 3509 Westport Dr. New Haven, IN 46774 | Ben - 12/9/2013 |

3

138

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes.  Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates.  In the vast majority of cases this advice has been ignored by the HBPC and Navistar.  Several, but not all of his ideas have, however, been pursued by the SBC.

6.  The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. J. Stevens~~ | Example | ~~PO Box 11484 Ft Wayne~~, IN. 46858 | ~~11/30/2013~~ |
| FLOYD H. SULLENS | | 1317 BRUSH HILL CIRCLE, NAPERVILLE, IL 60540 | 12/8/2013 |

3

(39

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes.  Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates.  In the vast majority of cases this advice has been ignored by the HBPC and Navistar.  Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| J.L. SIMONTON | J.L. Simonton | 105H WELLINGTON BLVD, POWELL, OH 43065 | 12/8/2013 |

3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Terence J. Kipfer | *Terence J. Kipfer* | 4790 Whippoorwill Ln Payne, Oh 45880 | 12/9/2013 |
| | | | |
| | | | |
| | | | |

3

I wish to have the current Sky HOPc other member deployed by John D. Hill.

Bet A Jones, retired from Monsdae, Ft. Wayne
2526 E 600N, Huntington, Ind 46750

142

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes.  Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates.  In the vast majority of cases this advice has been ignored by the HBPC and Navistar.  Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| George L. Peveto | George L. Peveto | 2612 Stillmeadow rd Irving Tx 75060 | 12-7-13078 12-7-3013 |

3

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| T.J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 10/30/3013 |
| WILLIAM A DOMM | William A Domm | 149 Arrowwood Drive Northbrook, IL 60062 — 12-9-2013 | |

3

r44

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Stephen McDermott | | 1207 E. Crabtree Drive, Arlington Heights, IL 60004 | 11/30/3013 |
| | | | |
| | | | |

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| michAEL P. BEDNARZ | Michael P. Bednarz | 11143 South HELENA DR. PALOS HiLLS, ILL 60465 | 12-8-13 |

3

1 45

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/2013 |
| Bonnie Huson | Bonnie Huson | 8963 Enclave Dr. Burr Ridge IL 60527 | 12/9/13 |
| | | | |
| | | | |

147

If you wish to sign the petition you may print out the Signature Page below and mail to Bill:

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com .   Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

                        William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN, 46858 | 11/30/3013 |

12/8/2013

Mary Lou Rioux   Mary Lou Rioux   1625 Apache Dr
                                Naperville, IL 60563

Have a wonderful day
Paul

PETITIONTOREPLACESHYPLA1-singlesigner.doc
39 KB

1 Y²

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434)          . Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | ~~Example~~ | PO Box 11484 ~~...~~ | ~~11/30/2013~~ |
| Leroy Stahr | Leroy Stahr | 813 Diamond Hd. Ct, Shorewood IL, 60404 | 12/7/13 |

https://www.facebook.com/
8/13/2013
Facebook
12/7/2013

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN 46858 | 11/30/3013 |
| Wesley R. Hull | Wesley a. Hull | 2193 University Dr. Naperville, IL 60565 | 12/6/2013 |
| | | | |
| | | | |

3

150

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6.  The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Kathleen M. Lennes | | 530 La Melodia Dr | 12/10/2013 |
| Greg Lennes | | 530 La Melodia Dr | 12/10/2013 |
| | | | |
| | | | |

3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. J. Stevens | Example | PO Box 1148 Ft Wayne, IN 46858 | 11/30/3013 |
| CAROL A. STORY | Carol A. Story | 2461 Rio Grande Circle Naperville, IL 60565 | 12/6/2013 |
| STEVEN W. STORY | Steven W. Story | 2461 Rio Grande Circle Naperville, IL 60565 | 12/6/2013 |

If you wish to sign the petition you may print out the Signature Page below and mail to Bill:

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com .   Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

   William W. Jones

                    William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. Stevens | Example | PO Box 1234, Ft. Wayne, IN. 46858 | 11/30/3013 |
| Thomas Ryant | | 1625 Apache Naperville, IL 60563 | |
| Chris | | | 12/8/13 |

Have a wonderful day
Paul

PETITIONTOREPLACESHYPLA1-singlesigner.doc
39 KB

$1 \frac{5}{3}$

**desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address |
|------|-----------|---------|
| Date | | |

12/8/13

TEDDY DEMPSIE   Teddy Dempsie   16740 W. 157Th ST.
OLAThE, KS 66062

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address |
|------|-----------|---------|
| Date | | |

4

154

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. L. Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| W.L.Sixsmith | William P. Sixsmith | 13817 Burham St. Hartley, FL 60142 | 12-11-13 |

3

155

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. Stevens | | P O Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 Levi |
| PHILLIP E. SMITH | Phillip E Smith | 11428 PRINE RD ROANOKE, IN 46383 | 03/16/1952 |
| | | | |
| | | | |

3

1 *5 L*

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~J Stevens~~ | ~~Example~~ | ~~11484 Ft Wayne, IN. 46858~~ | ~~11/30/3013~~ |
| DAN R. HILL RNHILL RET 6/20/2 MGMT | | 933 SCOTIA DR ALLEN, Tx 75013 | 12/9/13 |

3

157

Petition was prepared by and circulated by William W. Jones, 407 ..... ......, former ... ..sociate General Counsel for Navistar, .009 (352.666.6434) billyja ...c.rr.com and remains as a former, salaried employee of Navistar at the retirement .nc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at the retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~TJ Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft~~ Wayne, IN. 46858 | 11/30/3013 |
| BETTY J ARMSTRONG | | 10002 E PURDUE AVE SCOTTSDALE AZ 85258 | 12/9/13 |
| | *Betty J Armstrong* | | |

Have a wonderful day
Paul

158

*Thanks*

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a <u>non-represented Shy Participant</u> (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. J. Smith | Example | PO Box 11484 Ft. Wayne, IN, 46858 | 11/30/3013 |
| Charles P Murphy | Charles P Murphy | 980 Fairfield Ave, Elmhurst, IL 60126 | 12/11/13 |

3

*159*

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352 666-6514) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar. Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Example~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne. IN. 46858~~ | ~~11/20/2013~~ |
| RUDOLPH W. BERNATH | *Rudolph W. Bernath* | 810 FAIRHOPE AVE. GLENVIEW, IL 60025-1916 | |

16 [6]

desires that this Court replace the current Shy HBPC Other Me    er with Jack D. Hall.

Case: 3:92-cv-00333-WHR Doc #: 449 Filed: 03/07/14 Page: 161 of 200 PAGEID #: 2575

| Date | Name | Signature | Address |
|------|------|-----------|---------|
| 12/4/2013 | WARREN SOLDAN | Warren Soldan | 11630 S. Ridgeland Worth Illinois 60482-2412 |

3

161

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/3013~~ |
| Edmund Szott | *Edmund Szott* | 9285 Massasoit Oak Lawn, IL 60453 | 12/09/2013 |

162

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes.  Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates.  In the vast majority of cases this advice has been ignored by the HBPC and Navistar.  Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com.  Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| MACK D. SHORT | Mack D. Short | 5036 County Road 31, Auburn IN 46706 | 12/10/13 |
| | | | |

163

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Dale W Bridge | *Dale W Bridge* | 1242 Birchdale Ln Aurora IL 60504 | 12/9/13 |
|  |  |  |  |
|  |  |  |  |

3

*164*

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| LARRY CHRISTENSEN | *Larry Christen* | 8360 HERITAGE LINKS CT. 2115 | 12/15/13 |
| | | | |
| | | | |

3

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T.S. Stevens~~ | ~~Example - PO Box 11484 Ft Wayne IN 46858~~ | | ~~11/30/5013~~ |
| F. A. Donahue | J. A. Donahue | 830 STONEBRIDGE LN. BUFFALO GROVE IL 60089 | 12/13/13 |
| | | | |
| | | | |

166

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| | | | 12-15-13 |
| Michael A. Thompson | Michael A. Thompson | 2323 Shuttle Cir., Titusville, FL 32796 | |
| Daniel L Bandy | Daniel L Bandy | 9840 Sunderland Dr Martinville, In 46151 | |

3

167

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Louise M Gobert | Louise M Gobert | 3S 372 Herrick Rd Warrenville, IL 60555 | 12-5-2013 |
| | | | |
| | | | |
| | | | |

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 1 1484 Ft Wayne, IN. 46858 | 11/30/3013 |
| Robert M. Rozzoni | Robert M. Rozzoni | 421 Sommerset Dr. Grayslake, IL 60030 | 12/16/2013 |
| | | | |
| | | | |

169

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. J. Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| Stephen Drum | | | 12-9-13 |
| James E. Lord | | 377 Bob White Dr Canton, MS 39046 | 12-17-13 |

Have a wonderful day
Paul

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| RICHARD ROGALA | Richard Rogala | 6721 POWELL ST DOWNERS GROVE, IL | 12/19/13 |
| Larry A Benoit | Larry A Benoit | 5x44 Unit Ct Hanover Park, IL 60133 | 12/19/13 |
| Wesley J. Horne | Wesley J Horn | 6636 St James Ct Downers Grove IL 60516 | 12-19-13 |
| FREDRICK A. KOESTER | Fredrick A Koester | 35020 WILLIAMS RD WARRENVILLE, IL 60555 | 12-19-13 |
| John J. VALINTIS | John Valintis | 7400 SEMINOLE CT Woodridge, IL 60517 | 12-19-13 |
| Phillip L. Bellefuil | Phillip L Bellefuil | 5412 Washington St Downers Grove IL 60515 | 12-A-13 |
| Grover Lee | Grover Lee | 838 CHESTNUT HINSDALE IL 60521 | 12-19-13 12-19-2013 |
| Lawrence Kasch | Lawrence Kasch | 1516 S. WASHINGTON PARK RIDGE IL 60068 | 12-19-2013 |
| Robert Jenkins | Robert Jenkins | 823 S. Washington Elmhurst IL 60126 | 12-19-2013 |

171

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| _Stephen Drum_ | | | 12-7-13 |
| William J Parham | | 204 Woodraw Way, Lavonia, PA 30553 | 12-16-13 |

Have a wonderful day
Paul

172

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | P.O. Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| Stephen Brune | | | 12-9-13 |
| D. S. Rohlfing | TB | 2017 Duncan Trail Longwood FL 32779 | 12-18-13 |

Have a wonderful day
Paul

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T. J. Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| Stephen Adams | | | 12-7-13 |
| Robert Delaney | | 11137 Wakefield, Westchester, IL | 12-6-13 |

Have a wonderful day
Paul

407 Mistwood Court
Springhill, FLA 34609

174

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/2013~~ |
| John Bellman | | 509 Bailey Dr. Batavia, Il 60510 | -12/15/13 |
| | | | |
| | | | |

3

175

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J.Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/2013 |
| | | | 12/5/13 |
| DAVID E MORSE | David E Morse | 637 Fernwood Rd Knoxville, Tn 37923 | 12/16/2013 |

Have a wonderful day
Paul

176

**If you wish to sign the petition you may print out the Signature Page below and mail to Bill:**

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

<u>William W. Jones</u>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN 46858 | 11/30/3013 |
| F. J. KOEHL | F.J.Koehl | 8317 HAWK SPRING HILL FT WAYNE IN 46825 | 12/9/13 |

Have a wonderful day
Paul

177

Case: 3:92-cv-00333-WHR Doc #: 449 Filed: 03/07/14 Page: 178 of 200 PAGEID #: 2592

Home     Mail     News     Sports     Finance     Weather     Games     Groups     Answers     Screen     Flickr     Mobile     More

PETITION TO REPLACE SHY PLANpdf.docx                    3 of 4

Search Mail          Search Web                                    Donald

Compose
Inbox (1
Drafts
Sent
Spam
Trash
Folders
Recent
Messeng
Calenda
Contact:
Notepa
Yahoo N
Send Fe

claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6.  The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

**William W. Jones**

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| DONALD P. LARKINS JR. | Donald P. Larkins Jr. | 4800 MAGNOLIA LAKE DR UNIT 105 MYRTLE BEACH S.C. 29577 | 12/12/2013 |

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

3

Counsel and the Health Benefit Plan Committee a small group of Shy Plan Participants have decided to become more assertive on behalf of the "non-represented" Shy Participants to better protect our rights and interests under the Shy Consent Judgment. I have prepared a Petition that will be presented to Judge Rice that follows the Shy Consent Judgment protocol for replacing the "Other Member" of the Health Benefit Plan Committee.

The HBPC membership is as follows: three Navistar Members (Dan Pikelny, Barry Morris and a vacancy where Annette Freund used to be; two UAW Members (Sarah Doyle and Craig Miller, both UAW employees at Solidarity House in Detroit) and one "Other Member" (currently Don Mindiola a United Steel Worker represented

178

PETITION TO REPLACE SHY PLAN "OTHER MEMBER" OF THE HEALTH BENEFIT PROGRAM COMMITTEE. (Continued)

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| Betty Mathews | Betty Mathews | Stockbridge, Ga 30281 | |
| Burdiece Howell | Burniece Howell | 72 ⁿᵈ Donough Ga 30253 | |

4

179

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date – 12-19-13 |
|---|---|---|---|
| Lou F. Mericka | *Lou F. Mericka* | 3402 Cobblestone Blvd, Fayetteville, Ga. 30215 | |
| *[signature]* | | 2205 Whispering Pines McDonough GA 30253 | |
| Thomas H. Wiggins | *Thomas H. Wiggins* | 2065 Whispering Pines Lane McDonough GA 30253 | |

3

180

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| M. A. Briggs | | Dacula GA | 12/19/13 |
| D G Jones | | Woodstock GA 30188 | 12/19/13 |
| R L Bricker | Ronald Bricker | Woodstock, GA 30188 | 12/9/13 |
| D. A. Koster | D A Koster | Sugar Hill, GA 30518 | 12/9/13 |
| Helen Allen | | Fayetteville Ga 30214 | |

3

181

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| R.D. McKee | | 373 Northwoods Circle, Blairsville, GA 30512 | 12/7/13 |
| | *R.D. McKee* | | |

3

182

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | *example* | PO Box 11484 Ft Worth | 11/20/2013 |
| Arthur D Miller | | 857 Rossmere Ct Naperville, IL 60540 | 12-17-2013 |

3

183

**Washington, D.C. (who is on the Court record as representing *all* Shy Participants) has made it clear in word and in deed ... that he is paid by the International UAW and directed by the UAW such that he will not take actions on behalf of the non-represented Shy Participants that are not also specifically supported by the International UAW.**

We have retained highly regarded Chicago counsel to represent the 17,000 non-represented Shy Participants (and RPSE Participants) as Shy Co-Class Counsel (or Lead Class Counsel for RFPSE matters) in all federal courts (at no cost to the Participants).

I believe that if we collect and present **several hundred signatures instead** of the minimum fifty, the message to Judge Rice will be stronger. As part of our overall litigation strategy we will be making the case that the non-represented Shy Participants have truly not been "represented" before the Court.

Thank you, we appreciate your support of our efforts.
 Bill Jones,
407 Mistwood Court,
Spring Hill, Florida 34609

**If you wish to sign the petition you may print out the Signature Page below and mail to Bill:**

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11464 Ft Wayne, IN. 46858 | 11/30/2013 |
| T J Quinlan | *Quinl* | 309 LA PAZ Court San Ramon CA 94583 | 12/15/2013 |

3

184

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN 46858~~ | ~~11/30/3013~~ |
| | | | |
| | | | |

Joyce W. Newman  Joyce W. Newman  20815 Fowler Dr. Olympia Fields Ill 60461  12/19/2013

Have a wonderful day
Paul

185   (360)

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T ~~Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/3013~~ |
| R J. SMITH | Powell/Smith | 1599 NEWPORT DOUTH GROVE CITY OH 43123 | 12-19-13 |

Have a wonderful day
Paul

136

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T.J. Stevens~~ | ~~Example~~ | PO Box 11484 Ft Wayne, IN. 46858 | ~~11/30/2013~~ |
| Leonard Ciesko | Leonard Ciesko | 680 Dockery Pl. Henderson, NV 89052 | 12-: |

187

training to administrative personnel of local service providers. He has been very active in providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| R.D. Boomershine | | 7827 Broadmead Way Indianapolis, IND 46259 | 12/23/13 |
| K.J. Boomershine | Kimberly Boomershine | 7827 Broadmead Way Indpls 46259 | 12/23/13 |
| | | | |
| | | | |

3

188

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T ~~Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/~~3013 |
| Angus Laird | Angus Laird | 4901 Pack Saddle, Flower Mound, Tx 75028 | 12/27/2013 |

3

139

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

William W. Jones

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T Stevens | Example | PO Box 11484 Ft Wayne, IN 46858 | 11/30/3013 |
| Ronald Boettger | Ronald Boettger | 175 N. Myrtle Villa Park IL. | 12/20/2013 |

Have a wonderful day
Paul

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| C.J. Owens | Charles J Owens | 1511 WINDSOR CT NAPERVILLE, IL 60565 | 12/30/2013 |

3

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/3013~~ |
| John H. Wiegel | John H. Wiegel | 4263 Autumn Ck. Dr. Spfld. OH 45504 | 1/4/2014 |
| | | | |
| | | | |

3

191

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T.~~J. Stev~~ens | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/30~~13 |
| JAMES C. DUECKER | James C. Duecker | 903 S. Yale Ave, Villa Park, IL 60181 | 1/10/2014 |

3

192

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T███ ███vens | | PO Box 1148█ ███████ IN 46858 | ████13 |
| JAMES V. SMITH 12-14-2013 | J.V.███ | 12 GRACEHILL DR STONEY CREEK, ON. L8E 6E6 CANADA | |

193

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6. The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T. J. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ ~~11/30/3013~~ 12/18/13 | |
| D.L.PEDEN | David L Peden | 7239 BELLWOOD DR FT. WAYNE IN 46815 | |

3

195

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| ~~T J Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/2013~~ |
| FRANK T. KENNEDY | *Frank T. Ken* | 1185 Heathrow Ln, Aurora, IL, 60502 | 1/2/14 |

195

Outlook Print Message                                                                Page 4 of 4

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| _Stephen Drum_ | | | 12-7-13 |
| Robert W. Steinberg | _(signature)_ | 9136 Birdie Lane South Fulton, TN 38257 | 1-3-14 |

Mr. Robert W. Steinberg
9136 Birdie Lane
South Fulton, TN 38257

Have a wonderful day
Paul

196

T J Stevens ~~Example~~ PO Box 11484 Ft Wayne, IN. 46858 ~~11/30/2013~~ 1/16/14

James D Kapiel 1248 Cromwell Ln
Naperville, IL 60564

197

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

<em>William W. Jones</em>

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|---|---|---|---|
| ~~T. J. Stevens~~ | ~~Example~~ | ~~PO Box 11484 Ft Wayne, IN. 46858~~ | ~~11/30/2013~~ |
| E. J. Cummings | E. J. Cummings | 24023 S. LAKEWAY, SunLakes, AZ 85248 | 1/18/2014 |

199

providing help and information to Shy Participants to help them with their healthcare claims disputes and service providers' disputes. Over the years he has offered Navistar managers, the HBPC and the SBC timely and authoritative advices for issues he became aware of that would make the administration of the Shy Plan healthcare benefits better and more cost effective and to be in better compliance with regulatory mandates. In the vast majority of cases this advice has been ignored by the HBPC and Navistar. Several, but not all of his ideas have, however, been pursued by the SBC.

6.  The signatories to this Petition firmly believe that if Jack D. Hall replaces the current HBPC Other Member that potentially significant actions can be implemented to make the HBPC more effective and more compliant with the terms of the Shy Plan and ERISA law.

This Petition has been signed in several counterparts that shall be treated as a single Petition.

This Petition was prepared by and circulated by William W. Jones, 407 Mistwood Ct. Spring Hill, Florida 34609 (352.666.6434) billyachts@aol.com. Mr. Jones was a former Associate General Counsel for Navistar, Inc. and is a Shy Plan 2 Participant and was a non-represented, salaried employee of Navistar at his retirement date from Navistar. Mr. Jones will provide the Court with any additional information or documentation that it may request.

Respectfully submitted this 28th day of November, 2013:

*William W. Jones*

William W. Jones

Copies of this Petition have been provided to counsel of record for Navistar, Inc., Shy Retiree Class and SBC and to the current members of the HBPC including Mr. John Mindiola.

**Each of the undersigned swears that he or she is a non-represented Shy Participant (or is a Surviving Spouse of a non-represented Navistar Shy retiree) and that each such signatory desires that this Court replace the current Shy HBPC Other Member with Jack D. Hall.**

| Name | Signature | Address | Date |
|------|-----------|---------|------|
| T J Stevens | Example | PO Box 11484 Ft Wayne, IN. 46858 | 11/30/3013 |
| Raymond L. Grajewski, | Raymond L. Grajewski | 18040 Delaware Court, Orland Park, IL | 2/18/2014 |

199