

**Navistar International Corporation**
4201 Winfield Road
Warrenville, IL 60555  USA

Daniel C. Ustian
Chairman, President and Chief Executive Officer

November 4, 2009

To:    Navistar Employees

As we continue to set ourselves up for success in the "new normal" of the economy, we are continuously looking for ways to refresh our thinking, control our destiny and leverage what we have and what others have built.

For some fresh thinking and focused accountability in terms of how we drive more of our revenues to bottom line profitability, we've tapped **Gary Holdren** to join Navistar. He will work closely with a variety of teams to identify new opportunities to improve revenues, reduce costs and improve shareholder value. Some of his first areas of focus will be retiree health care, pension liabilities and taxes. He will also look for opportunities to manage costs in our operating units.

Gary has a wealth of business knowledge and an immense network from his experience as chairman, CEO and president of Huron Consulting Group, which he founded in 2002, and previous leadership positions at Arthur Andersen.

Please join me in welcoming Gary as he takes on this important role for our company.

*Dan Ustian*



EXHIBIT A