**WILLIAM W. JONES**
Attorney at Law (Retired) (Illinois only)
407 Mistwood Court
Spring Hill, Florida 34609

billyachts@aol.com
352.666.6434 (h)

November 16, 2013

Mr. John Mindiola
HBPC member
2508 Pebble Valley Rd
Waukesha, WI 53188-1530

Re: **HBPC PETITIONS FOR SHY PLAN ELIGIBILITY**
Eligibility Claim for **Diana Van Eenige**
Eligibility Claim for **Eileen C. Byrne**
Eligibility Claim for **Cheryl Olchawa**

Dear Mr. Mindiola:

I represent three Navistar employees/retirees in seeking to have them determined to be eligible for the Shy Plan. I have filed three Petitions with the Shy Plan Administrator and three lower level Human Resources employees have denied them eligibility on the basis that they were not active Navistar employees on July 1, 1993 despite our reference to the eligibility protocol contained in the Shy Consent Judgment documents that permit a person not originally deemed to be eligible to be added by using a test in which a person's employment status at July 1, 1993 is not relevant. We therefore have filed three HBPC Petitions asking that the HBPC make these "final" eligibility determinations without deference to Navistar's denials as provided under the Shy Consent Judgment.

I had sent these HBPC Petitions to Brian Delphey, HBPC Secretary by Federal Express in October asking that he immediately forward them to the HBPC members and to schedule them for the next HBPC meeting (that he had told me was November 14, 2014). I have no confirmation that he has in fact forwarded these voluminous materials to the members but he has confirmed that they are

1


EXHIBIT 6

scheduled for consideration at the now continued HBPC meeting scheduled for November 20, 2013.

As things progressed I sent some additional materials to the UAW members of the HBPC. I had previously asked Navistar for your mailing address. Navistar refused to give me your address so I contacted Cookie Lyons who provided it to me yesterday. I am therefore forwarding to you at this time some of these additional materials that you may find useful in your consideration of our three HBPC Petitions.

It is my opinion that Navistar has engaged in a strategy to illegally deny Shy eligibility to fully qualified individuals in a scheme that was designed some twenty years after Shy became effective and applied retroactively with absolutely no notice to these individuals that Navistar had elected to deny them Shy Plan eligibility until the day that they asked to retire. I have asked the Department of Labor to investigate all of this and they have indicated that they are. These Petitions require the HBPC members to exercise their individual ERISA fiduciary duties for the exclusive benefit of the retirees. We will be watching closely to confirm that this is being done.

Please do not hesitate to contact me if you need any further documentation or information.

Very truly yours,