

Navistar, Inc.
2701 Navistar Drive
Lisle, IL 60532  USA

April 12, 2014

Mr. Jack Hall
Jack Hall Agency
40 East Ash St., Suite H
Canton, IL  61520

Re:  Supplemental Trust Life Insurance

Dear Mr. Hall:

This letter is in response to your November 19, 2013 letter to the Health Benefit Plan Committee ("Committee") requesting an audit of the Supplemental Benefit Life Insurance.

We understand your concern, however this benefit is provided by the Supplemental Benefit Committee.  Our committee is responsible for monitoring the performance of the base plan coverage, which is separate from the supplemental plan coverage.  Therefore, your request for an audit of the supplemental life insurance should be directed to the Supplemental Benefit Committee.

Sincerely,


Health Benefit Plan Committee



EXHIBIT H