IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ART SHY, et. al. | : | |
| Plaintiff(s), | : | Case No. 3:92-cv-0333 |
| - vs - | : | |
| | : | Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL CORP, et. al., | : | |
| Defendant(s). | : | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

May 8, 2014

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case on appeal: all proceedings stayed."