*Exhibit-A Page 1*

# JACK D. HALL
## SHY HEALTH BENEFIT PROGRAM COMMITTEE
(Other member, representing non-UAW Shy Plan Participants)
### 40 EAST ASH ST, SUITE H
Canton, Illinois 61520

309.647.8380 (office)
309.338.4524 (cell)
jdhallagency@gmail.com

**Jack Hall**
HBPC Time Sheet

| DATE | TIME | TOPIC |
|---|---|---|
| 5-19-14 | 1 hr | Sandy DeFord Ourpine camp. Hearing aid claims Aetna |
| 6-3-14 | 2 hrs | James Wedge Eligibility |
| 6-4-14 | 1 hr | James Wedge Eligibility ERIC |
| 6-5-14 | 1 hr | James Wedge Pdyclife ERIC |
| 6-5-14 | 1 hr | Wayne Krzysiak S.B.C. member Telephone conv. |
| 6-5-14 | 1 hr | Mrs Raymond Lingenfelter E.O.B. issues |
| 6-5-14 | 1½ hrs | Chuck Sawyer Eligibility Shy. |
| 6-6-14 | 1 hr | Robert Ford management eligibility |
| 6-13-14 | 1 hr | Floyd Spatzer management Life ins. |
| 6-17-14 | 1 hr | Betty Mays Wendy Martin Aetna Bad Bill |
| 6-17-14 | 1 hr | Ron Lingenfelter management about Beth Weekly Mich T. Ford |
| 6-17-14 | 2 hrs | Dale Roberts Shy Eligibility Canton Plant |
| 6-17-14 | 2 hrs | Robert Ford Management Eligibility Canton |

16½ hrs.

Exhibit A Page 2

## JACK D. HALL
SHY HEALTH BENEFIT PROGRAM COMMITTEE
(Other member, representing non-UAW Shy Plan Participants)
**40 EAST ASH ST, SUITE H**
Canton, Illinois 61520

309.647.8380 (office)
309.338.4524 (cell)
jdhallagency@gmail.com

**Jack Hall**
HBPC Time Sheet

| DATE | TIME | TOPIC |
|---|---|---|
| 6-19-14 | 1 hr. | Ron Lingenfelter Reim - Loc. charges, Nancy Martin |
| 6-20-14 | 30 mins | Ron Lingenfelter, Wendy, Lee Hill Aetna, Reim of Claim |
| 6-20-14 | 30 mins | Frank Shubert Reim Walker, Wendy Aetna |
| 6-24-14 | 15 mins+ | Mrs Donald Dunn on new Summary Report issues |
| 6-24-14 | 1 hr. 10 mins | Robert Pavely Summary Report issues, Barb Pavely |
| 6-26-14 | 30 mins+ | Robert Pavely O.O.P. cost not correct Aetna Phone |
| 6-30-14 | 55 mins | Janet Dunn O.O.P. cost not correct Aetna Phone |
| 7-2-14 | 1 hr. 15 mins | Robert Shrock Billing issues over $400. O.O.P. Aetna going to reprocess Aetna Phone |
| 7-2-14 | 45 mins+ | Jim Wicker Aetna Life Death Benefit |
| 7-2-14 | 30 mins | Leanne Shubert Fax to Wendy Martin Stick Reim bills |
| 7-3-14 | 5 hrs. | Going over Appeals for H.B.P.C. mtg. |
| 7-7-14 | 2 hrs | Going over H.B.P.C. Appeals for mtg on 7-8-14 at Motel Room at the Hilton |

This Page 14 hrs 20 mins

Exhibit A Page 3

# JACK D. HALL
SHY HEALTH BENEFIT PROGRAM COMMITTEE
(Other member, representing non-UAW Shy Plan Participants)
**40 EAST ASH ST, SUITE H**
Canton, Illinois 61520

309.647.8380 (office)
309.338.4524 (cell)
jdhallagency@gmail.com

**Jack Hall**
HBPC Time Sheet

DATE 5-19-14 – 7-8-14   TIME _____   TOPIC Hrs spent on H.B.P.C.

TOTAL HRS. 30 hrs. 50 mins at $75.00 = $2312.50

| | |
|---|---|
| Motel at The Hilton 7-7-14 | $122.10 |
| Meal evening 7-7-14 | $9.94 |
| Mtg 7-8-14 9:00am–12:00pm at Navistar | $350.00 |
| Mileage Form Enclosed 356 miles | $199.36 |
| Total cost for dates 5-19-14 – 7-8-14 | $2993.90 |

Also Enclosed is W-9-Form
Also Enclosed 5-19-14 – 7-7-14
Documentation of Hrs.

Jack D. Hall
40 E. Ash St.
Canton IL. 61520