*Exhibit B Page 1*

*Sent Sept. 6, 2014*
*Copy of everything sent*
*Invoice #2*
*7-8-14 — 8-29-14*

Jack Hall HBPC Member
40 E Ash St, Suite H
Canton, IL. 61520

Brian Delphey, please forward my billing for my HBPC reimbursement from 7-8-14 thru 8-29-14 to the proper department. The summary of Issues and my attorney fee are enclosed.

Respectfully,


Jack Hall


Sent to Brian Delphey Secretary, Health Benefit Program Committee
at Navistar, Inc. 2701 Navistar Dr   Lisle, IL. 60532

*Exhibit B - Page 2*

Navistar

Summary of issues as my responsibility, as the other member on the HBPC.

| Date | Issue | Time |
|---|---|---|
| 7/8/14 | Appeal #191 at my home after HBPC met of 7/8/14 | 1hr |
| 7/9/14 | Larry Bishop Rawlines Letter and Metlife Ins | 1hr |
| 7/10/14 | Mrs John Lafary EOB back to Humana & Aetna | 1hr |
| 7/11/14 | Appeal#191 | 2hr |
| 7/11/14 | Robert Pavley & Barb EOB compared to summary | 1hr |
| 7/14/14 | Wendy Glick on summary sheets | 15 mins |
| 7/15/14 | Going over minutes of HBPC mtg's, Nov, Dec, Feb | 2hr |
| 7/16/14 | Appeal #191 Getting documentation & etc | 5hr |
| 7/17/14 | Mrs Lingenfelter Central IL Rad overpayment Refund | 15 mins |
| 7/17/14 | Appeal #191 | 5hr |
| 7/18/14 | Wending Martin Glick – Robert Pavley, Barb Pavley, Janet Dunn on the summary reports or new EOB issues | 1hr 15 min |
| 7/23/14 | K Farris ALJ hearing Amb & Betty Mayo Clinic Bills | 1hr |
| 7/31/14 | Appeals issues reviewing in Feb mins | 3hr |
| 8/1/14 | Appeals | 4hr |
| 8/5/14 | Jim Widger Life claim daughter Aetna | 2hr |
| 8/6/14 | Jim Widger ERIC & Aetna Death Benefit | 1hr |
| 8/26/14 | Rhonda Boggs father Ron Wilcoxen, death, ERIC, Metlife | 1hr 15 min |
| 8/27/14 | Kenneth Farris Hearing with Judge & Aetna Ambulance bill | 20 min |
| 8/27/14 | Appeal #189 going over file | 3hr 45 min |
| 8/27/14 | Talked to ERIC director about base plan audit | 1hr |

That the Feb, 2014 HBPC says 1000 to 1500 may be affected, which I had asked for a audit of the SBC life on HBPC Item 182 and also on 182 The HBPC assigned my EOB issue as well.

| Date | Issue | Time |
|---|---|---|
| 8/29/14 | Jim Widger Eligibility | 1hr |
| 8/29/14 | Dale Roberts Eligibility | 1hr |
| 8/29/14 | Navistar International Corp Retiree Benefit Plan 2015 Retiree contribution calculation report and etc in this report | 3hr |

*"OVER"*

Exhibit B Page 3

Jack Hall as other member on the HBPC time spent on the summary from 7/8/14 to 8/29/14, which is payable by Navistar total is $3156.25

Total Hrs 42 and 5 minutes at $75.00 an hour

Also enclosed is my attorney cost, which was caused by a letter I received from Brian Delphey in response to my charges as the other than UAW Member on the HBPC.

The Attorney Invoice is enclosed

| | | |
|---|---|---|
| TOTALS | 42 HRS & 5 MIN AT $75 = | $3156.25 |
| | Attorney Invoice | 587.10 |
| | Total of this Invoice | $3743.35 |

Invoice #2 Navistar Agreed To pay July 8th Thru-
July 18th 2014 1481.25  19.75 hrs x $75.00
July 8th thru 7-29 Total was $3156.25 Difference of $1625.00 Navistar still owes this amount.

May 19th - July 8th Total $2993.90
                              $4475.15

Attorney Fees Approved $587.10
                                $5062.25

From Jeff Dash Letter To Dave Email
I received was 10-15-14

**ELIAS, MEGINNES & SEGHETTI, P.C.**
416 Main Street, Suite 1400
Peoria, IL 61602
(309) 637-6000
T.I.N. 37-1352728

September 4, 2013
Billed through 08/31/14
Invoice No.    72639 -    32770   - 00001        DNS

Jack Hall
Jack Hall Agency
40 East Ash St.
Suite H
Canton, IL 61520

RE: Corporate

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/15/14 | DNS | Meet w/ client and prepare demand letter to Brian Delphey re expense issues; prepare correspondence to client re Shy documents | 2.50 hrs |

Total fees for this matter                                                              $562.50

DISBURSEMENTS

| 08/31/14 | Photocopy Expense | 24.60 |

Total disbursements for this matter                                                      $24.60

BILLING SUMMARY

TOTAL FEES                  $562.50
TOTAL DISBURSEMENTS         $24.60
TOTAL CHARGES FOR THIS INVOICE      $587.10