Home   Mail   News   Sports   Finance   Weather   Games   Groups   Answers   Screen   Flickr   Mobile   | More

Sign In   Mail


A personalized news stream
Get the App

Conversations   Photos   Pinboard   More

**Browse Groups**

Terms   Privacy
Guidelines   Feedback
Help   Blog

## Association of Shy Retirees

Public Group, 54 members

View

119 Motion filed with Judge Rice

billyachts   Oct 30

The attached Motion was accepted today for filing by the clerk of the court for Judge Rice. Jack Hall filed statements for his services on the Health Benefit Program Committee and Navistar claimed through its legal department that his bills were subject to some sort of prior approval. We used the opportunity to see if Judge Rice would accept a pro se (for himself) Motion by Jack for "interpretation and enforcement" of the Shy Consent Judgment. If we are successful with this Motion the way will be opened up to ask Judge Rice to "interpret" the Shy documents to find that membership in the Shy Class is not a criterion for being eligible for Shy Plan benefits. This could be a break through to obtaining Navistar compliance with the Shy Consent Judgment.

Bill

**Website blocked by Trend Micro Worry-Free**

**EXHIBIT**

A