*Exhibit-A Page 1*

## JACK D. HALL
### SHY HEALTH BENEFIT PROGRAM COMMITTEE
(Other member, representing non-UAW Shy Plan Participants)
40 EAST ASH ST, SUITE II
Canton, Illinois 61520

309.647.8380 (office)
309.338.4524 (cell)
jdhallagency@gmail.com

**Jack Hall**
HBPC Time Sheet

| DATE | TIME | TOPIC |
|---|---|---|
| 5-19-14 | 1 hr. | Sandy Oxford Cunningham Hearing Aid Claims Aetna |
| 6-3-14 | 2 hrs | James Wedge Eligibility |
| 6-4-14 | 1 hr. | James Wedge Eligibility ERIC |
| 6-5-14 | 1 hr. | James Wedge Eligibility ERIC |
| 6-5-14 | 1 hr. | Wayne Krzysiak SBC member Telephone Conv. |
| 6-5-14 | 1 hr. | Mrs Raymond Lingenfelter E.O.B. issues |
| 6-5-14 | 1½ hrs. | Chuck Sawver Eligibility Shy. |
| 6-6-14 | 1 hr. | Robert Ford management eligibility |
| 6-13-14 | 1 hr. | Floyd Spartzer management Life Ins. |
| 6-17-14 | 1 hr. | Betty Mayo Wendy Martin Aetna Bal Bill |
| 6-17-14 | 1 hr. | Ron Lingenfelter management Robert Ford |
| 6-17-14 | 2 hrs | Dale Roberts Shy Eligibility Canton Plant |
| 6-17-14 | 2 hrs | Robert Ford Management Eligibility Canton |
| | 16½ hrs. | |


EXHIBIT C

Exhibit A Page 2

## JACK D. HALL
### SHY HEALTH BENEFIT PROGRAM COMMITTEE
(Other member, representing non-UAW Shy Plan Participants)
40 EAST ASH ST, SUITE H
Canton, Illinois 61520

309.647.8380 (office)
309.338.4524 (cell)
jdhallagency@gmail.com

**Jack Hall**
HBPC Time Sheet

| DATE | TIME | TOPIC |
|---|---|---|
| 6-19-14 | 1 hr. | Ron Lincangelli Reim - Wendy Martin Loc. charges |
| 6-20-14 | 30 mins | Ron Lincangelli, Wendy, Reim of Claim Joe Hill Aetna |
| 6-26-14 | 30 mins | Frank Shubert Reim Walker, Wendy Aetna |
| 6-24-14 | 15 mins + | Mrs Donald Quinn on new Summary Report issues |
| 6-24-14 | 1 hr. 10 mins | Robert Pavely Barb Pavely Summary Report issues |
| 6-26-14 | 30 mins + | Robert Pavely C.O.P. cost not correct Aetna Phone |
| 6-30-14 | 55 mins | Janet Quinn C.O.P. cost not correct Aetna Phone |
| 7-2-14 | 1 hr. 15 mins | Robert Strobel Aetna going to reprocess Billing issues over "400" O.O.P. Aetna Phone |
| 7-2-14 | 45 mins + | Jim Wicker Aetna Life & Health Benefit |
| 7-2-14 | 30 mins | Leanne Shubert Fax to Wendy Martin blk Reim bills |
| 7-3-14 | 5 hrs. | Going over Appeals for H.B.P.C. mtg. |
| 7-7-14 | 2 hrs | Going over H.B.P.C. Appeals for mtg on 7-8-14 at Motel Room at the Hilton |

This Page 14 hrs 20 mins

*Exhibit A Pages*

JACK D. HALL
SHY HEALTH BENEFIT PROGRAM COMMITTEE
(Other member, representing non-UAW Shy Plan Participants)
40 EAST ASH ST, SUITE H
Canton, Illinois  61520

309.647.8380 (office)
309.338.4524 (cell)
jdhallagency@gmail.com

Jack Hall
HBPC Time Sheet

DATE 5-19-14 - 7-8-14   TIME _____   TOPIC Hrs. Spent on H.B.P.C.

TOTAL HRS. 30 hrs. 50 mins at $75.00 = $2312.50

Motel at The Hilton 7-7-14         $122.10
Meal evening 7-7-14                $9.94
Mtg 7-8-14 9:00am-12:00pm at Navistar   $350.00
Mileage Form Enclosed 356 miles    $199.36

Total cost for dates 5-19-14 - 7-8-14    $2993.90

Also Enclosed is W-9-Form
Also Enclosed 5-19-14 - 7-7-14        Jack D. Hall
Documentation of Hrs.                 40 E. Ash St.
                                      Canton, IL. 61520

*Exhibit B Page 1*   *Sent Sept 4, 2014*
*Copy of everything sent*
*Invoice #2*
*7-8-14 – 8-29-14*

Jack Hall HBPC Member
40 E Ash St, Suite II
Canton, IL. 61520

Brian Delphey, please forward my billing for my HBPC reimbursement from 7-8-14 thru 8-29-14 to the proper department. The summary of Issues and my attorney fee are enclosed.

Respectfully,

Jack Hall

Sent to Brian Delphey Secretary, Health Benefit Program Committee
at Navistar, Inc. 2701 Navistar Dr   Lisle, IL. 60532

Exhibit B - Page 2

Navistar

Summary of issues as my responsibility, as the other member on the HBPC.

| Date | Description | Time |
|---|---|---|
| 7/8/14 | Appeal #191 at my home after HBPC met of 7/8/14 | 1hr |
| 7/9/14 | Larry Bishop Rawlines Letter and Metlife Ins | 1hr |
| 7/10/14 | Mrs John Lafary EOB back to Humana & Aetna | 1hr |
| 7/11/14 | Appeal#191 | 2hr |
| 7/11/14 | Robert Pavley & Barb EOB compared to summary | 1hr |
| 7/14/14 | Wendy Glick on summary sheets | 15 mins |
| 7/15/14 | Going over minutes of HBPC mtg's, Nov, Dec, Feb | 2hr |
| 7/16/14 | Appeal #191 Getting documentation & etc | 5hr |
| 7/17/14 | Mrs Lingenfelter Central IL Rad overpayment Refund | 15 mins |
| 7/17/14 | Appeal #191 | 5hr |
| 7/18/14 | Wending Martin Glick – Robert Pavley, Barb Pavley, Janet Dunn on the summary reports or new EOB issues | 1hr 15 min |
| 7/23/14 | K Farris ALJ hearing Amb & Betty Mayo Clinic Bills | 1hr |
| 7/31/14 | Appeals issues reviewing in Feb mins | 3hr |
| 8/1/14 | Appeals | 4hr |
| 8/5/14 | Jim Widger Life claim daughter Aetna | 2hr |
| 8/6/14 | Jim Widger ERIC & Aetna Death Benefit | 1hr |
| 8/26/14 | Rhonda Boggs father Ron Wilcoxen, death, ERIC, Metlife | 1hr 15 min |
| 8/27/14 | Kenneth Farris Hearing with Judge & Aetna Ambulance bill | 20 min |
| 8/27/14 | Appeal #189 going over file | 3hr 45 min |
| 8/27/14 | Talked to ERIC director about base plan audit | 1hr |

That the Feb, 2014 HBPC says 1000 to 1500 may be affected, which I had asked for a audit of the SBC life on HBPC Item 182 and also on 182 The HBPC assigned my EOB issue as well.

| Date | Description | Time |
|---|---|---|
| 8/29/14 | Jim Widger Eligibility | 1hr |
| 8/29/14 | Dale Roberts Eligibility | 1hr |
| 8/29/14 | Navistar International Corp Retiree Benefit Plan 2015 Retiree contribution calculation report and etc in this report | 3hr |

"OVER"

Exhibit B page 3

Jack Hall as other member on the HBPC time spent on the summary from 7/8/14 to 8/29/14, which is payable by Navistar total is $3156.25

Total Hrs 42 and 5 minutes at $75.00 an hour

Also enclosed is my attorney cost, which was caused by a letter I received from Brian Delphey in response to my charges as the other than UAW Member on the HBPC.

The Attorney Invoice is enclosed

| TOTALS | 42 HRS & 5 MIN AT $75 = | $3156.25 |
|---|---|---|
| | Attorney Invoice | 587.10 |
| | Total of this Invoice | $3743.35 |

Invoice #2 Navistar Agreed To pay July 8Th Thru
July 18Th 2014  1481.25   19.75 hrs x $75.00
July 8Th Thru 7-29 Total was $3156.25 Difference of $1625.00 Navistar Still owes This amount.

May 19th – July 8th Total $2993.90
                               $4475.15

Attorney Fees Approved $587.10
                                $5062.25

From Jeff Dash Letter To Dave Email
I received was 10-15-14

*Exhibit B Page 4*

**ELIAS, MEGINNES & SEGHETTI, P.C.**
416 Main Street, Suite 1400
Peoria, IL 61602
(309) 637-6000
T.I.N. 37-1352728

September 4, 2013
Billed through 08/31/14
Invoice No. 72639 - 32770 - 00001 DNS

Jack Hall
Jack Hall Agency
40 East Ash St.
Suite H
Canton, IL 61520

RE: Corporate

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 08/15/14 | DNS | Meet w/ client and prepare demand letter to Brian Delphey re expense issues; prepare correspondence to client re Shy documents | 2.50 hrs |
| | | Total fees for this matter | $562.50 |

DISBURSEMENTS

| 08/31/14 | Photocopy Expense | 24.60 |
|---|---|---|
| | Total disbursements for this matter | $24.60 |

BILLING SUMMARY

| TOTAL FEES | $562.50 |
|---|---|
| TOTAL DISBURSEMENTS | $24.60 |
| TOTAL CHARGES FOR THIS INVOICE | $587.10 |

Jack Hall HBPC Member
40 E. Ash St, Suite H
Canton, IL. 61520

Brian Delphey,

Please forward my billing invoice #3 for my HBPC reimbursement from 9-4-14 thru 9-24-14 to the proper department. Listed are the dates and amount of time spent on the HBPC issues, as well as retiree's names. Also on this invoice is the first retirees meeting that I attended on 9-4-14 at the IH/Navistar Retiree's Canton Group meeting since being a HBPC member. I will continue to send in my invoices on a monthly basis!

Respectfully,

Jack Hall


Sent to Brian Delphey Secretary, Health Benefit Program Committee at Navistar, Inc. 2701 Navistar Dr Lisle, IL. 60532 to forward onto the department at Navistar, which is responsible for processing this invoice#3.

## NAVISTAR #3 INVOICE

Summary of issues, as my responsibility, as the other member on the HBPC.

| Date | Description | Time |
|---|---|---|
| 9/4/14 | First Retirees IH/Navistar Meeting | 2hrs |
| 9/8/14 | Jerry Styninger – father's drug program called Silver Script about father in nursing home and making sure The donut hole issue and the nursing home was getting reimbursed by Silver Script. | 30min |
| 9/16/14 | Appeal #189 Medical | 1 hr |
| 9/17/14 | Mrs. Alan Taylor Hospital Bill & Life Ins | 1 hr |
| 9/17/14 | Medical Necessary & SPD & Medicare def. | 1 hr |
| 9/18/14 | Research Greater Saphenous Vein & Endovenous Ablation | 6hrs |
| 9/19/14 | Larry Weaver Health Benefit questions | 15min |
| 9/23/14 | Kenneth Farris ambulance – Judge info | 2 hrs |
| 9/24/14 | Letter to HBPC members, also documentation letters Of ITEM 1-9, that I have requested to be added to the Oct 9th HBPC meeting. | 6 hrs |
| 9/25/14 | Appeal #189 Medicare Necessary & SPD | 2 hrs |

Total Hrs 21 and 15 minutes at $75.00 an hour.

Jack Hall, as Other Member on the HBPC time spent on the summary from 9/4/14 to 9/24/14, which is payable by Navistar;

TOTALS for Invoice #3: $1631.25

Copy sent to my attorney of Invoice #3.

Total still due from Invoice #2   Dates 7/8/14 to 8/29/14 is        $1675.00

Mr. Jeff Dash agreed to reimburse Invoice#2 from 7/8/14 to 8/18/14, which was $1481.25.

The original Invoice of #2 was $3156.25 minus the $1481.25 that Mr. Jeff Dash agreed to in the letter of my attorney leave's the balance at the $1675.00 total.

| | |
|---|---|
| Total of Invoice#2 (still remaining) | 1675.00 |
| Total of Invoice#3 | <u>1631.25</u> |
| TOTAL DUE | $3306.25 |