IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ART SHY, et al., | : | Case No. 3:92-cv-00333-WHR |
| | : | |
| Plaintiffs, | : | (District Judge Walter H. Rice) |
| v. | : | |
| | : | |
| NAVISTAR INTERNATIONAL | : | |
| CORPORATION, et al., | : | NOTICE OF WITHDRAWAL OF |
| | : | <u>COUNSEL</u> |
| Defendants. | : | |

Notice is hereby given that, pursuant to Local Rule 83.4(d), Abizer Zanzi withdraws as co-counsel for Defendant Navistar, Inc. ("Navistar"). David P. Pierce, David P. Radelet, Sally J. Scott, and William R. Pokorny will continue to represent Navistar in the above-captioned matter.

Dated:  January 26, 2015                    Respectfully submitted,


                                                        s/ David P. Pierce
                                                            David P. Pierce (0061972)
                                                            COOLIDGE WALL CO., L.P.A.
                                                            33 W. First Street, Suite 600
                                                            Dayton, OH  45402
                                                            Phone:  937-223-8177
                                                            Fax:  937-223-6705
                                                            E-mail:  pierce@coollaw.com

*TRIAL ATTORNEY FOR DEFENDANTS NAVISTAR INTERNATIONAL CORPORATION, et al.*

OF COUNSEL:
David P. Radelet
Sally J. Scott
William R. Pokorny
FRANCZEK RADELET P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
Phone:  312-986-0300
Fax:  312-986-9192

*Admitted Pro Hac Vice as Attorneys for Defendant Navistar, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF.  Parties may access the filing through the Court's system.  A copy of this filing will be forwarded via regular U.S. mail to the following:

Jack D. Hall
40 E. Ash Street, Suite H
Canton, IL 61520

                                                      s/ David P. Pierce
                                                      David P. Pierce

w:\wdox\client\009025\00382\00733401.docx