## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 21, 2015

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

          Re: Case No. 14-3251, *Supplemental Benefit Committee, et al v. Navistar, Inc., et al*
               Originating Case No. : 3:92-cv-00333

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                        Sincerely yours,

                        s/Roy G. Ford
                        Case Manager
                        Direct Dial No. 513-564-7016

cc: Ms. Julia Penny Clark
    Mr. Kevin L. Murphy
    Mr. David Philip Pierce
    Mr. William R. Pokorny
    Mr. David P. Radelet
    Mr. Edward A. Scallet
    Ms. Sally J. Scott
    Mr. Abizer Zanzi
    Ms. Sarah Adams Zumwalt

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-3251

_____

Filed: April 21, 2015

SUPPLEMENTAL BENEFIT COMMITTEE OF THE NAVISTAR INTERNATIONAL TRANSPORTATION CORP RETIREE SUPPLEMENTAL BENEFIT PROGRAM

        Plaintiff - Appellee

v.

NAVISTAR, INC

        Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 03/27/2015 the mandate for this case hereby issues today.

COSTS:  None