IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ART SHY, et al., : | |
| Plaintiffs, : | |
| vs. : | Case No. 3:92cv333 |
| NAVISTAR INTERNATIONAL : | JUDGE WALTER H. RICE |
| CORPORATION, et al., | |
| : | |
| Defendants. | |
| : | |
| NAVISTAR, INC., | |
| : | |
| Defendant-Appellant, | |
| : | |
| SUPPLEMENTAL BENEFIT COMMITTEE | |
| OF THE NAVISTAR INTERNATIONAL | |
| TRANSPORTATION CORP. RETIREE : | |
| SUPPLEMENTAL BENEFIT PROGRAM, : | |
| Intervenor-Appellee. | |

ENTRY ORDERING ARBITRATION OF THE CLAIMS IN THE SUPPLEMENTAL BENEFIT COMMITTEE'S SECOND AMENDED COMPLAINT, PURSUANT TO THE MANDATE OF THE SIXTH CIRCUIT COURT OF APPEALS, ISSUED APRIL 21, 2015

Pursuant to the mandate of the Sixth Circuit Court of Appeals, entered April 21, 2015, this Court orders arbitration of the claims in the Supplemental Benefit Committee's Second Amended Complaint. The captioned cause remains terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division.

May 1, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record