IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ART SHY, et al.,

    Plaintiffs,

v.

NAVISTAR INTERNATIONAL CORPORATION, et al.,

    Defendants.

Case No. 3:92-cv-333

JUDGE WALTER H. RICE

---

## SUPPLEMENTAL SCHEDULING ORDER

---

During a Tuesday, January 8, 2019, conference call held between Court and counsel, the following matters were discussed and agreed upon.

1. An in-court conference, with Court and counsel (as well as with any professional, i.e., actuaries, etc., hired by counsel, who are able to attend) will be held beginning at 9:00 a.m. on Friday, February 22, 2019.

2. No later than the close of business on February 19, 2019, counsel for each party will submit to the Court (with copies to opposing counsel) any revisions to their position letters, that were previously submitted on January 7, 2019

3. No later than the close of business on February 20, 2019, counsel for each party will submit to the Court all confidential letters, or any revisions to confidential letters, previously submitted to the Court on January 8, 2019.

These communications to the Court should be from each individual party; no joint submission is requested. Any professional referenced in paragraph 1 of this Order who is unable to attend in person, should notify the Court promptly so that arrangements to attend by telephone can be made.

Date: January 31, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE