IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ART SHY, et al., :

    Plaintiffs,

v. : Case No. 3:92-cv-333

NAVISTAR INTERNATIONAL : JUDGE WALTER H. RICE
CORPORATION, et al.,

    Defendants. :

---

## SCHEDULING ORDER

---

Pursuant to an in-Court conference held on November 22, 2019, and subsequent calls held on January 6, January 31 and February 3, 2020, the following matters were discussed and agreed upon:

1. Defendants, Navistar International Corporation and Navistar, Inc. ("Navistar"), were to have circulated a confidential settlement proposal ("proposal") to the Court, Bredhoff & Kaiser, PLLC ("B&K"), counsel for the United Auto Workers ("UAW") and the Supplemental Benefit Committee ("SBC") by the close of business on January 3, 2020;

2. A telephone conference with the Court was held on January 6, 2020, at 5:00 p.m. to determine if B&K needed any additional information to provide a counter proposal to Navistar;

3. Following consultation with the UAW and the SBC, B&K was to have provided a counter proposal to Navistar no later than the close of business on February 3, 2020, this deadline was extended to the close of business on February 7, 2020;

4. A telephone conference will be held with the Court on February 12, 2020, at 5:30 p.m. to determine the status of the negotiations, which will be concluded on or before April 30, 2020; and

5. B&K, UAW and the SBC will have until May 8, 2020, to submit to the Court their rationale for making no change to the Settlement Agreement, Doc. #327, and Navistar will respond on or before May 22, 2020, with a public hearing to be held commencing June 1, 2020, at 9:00 a.m.

Date: February 12, 2020

*Walter Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE