IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ART SHY, *et al.*

                Plaintiffs,

vs.

NAVISTAR INTERNATIONAL
CORPORATION, *et al.*

                Defendants.

Case No. 3:92-CV-00333

JUDGE WALTER H. RICE

## ORDER TO PRODUCE HEALTH BENEFIT PROGRAM COMMITTEE MINUTES

In order to be prepared to discuss the history of medical service trends and their relation to the program of benefits offered under the Retiree Health Benefit and Life Insurance Plan ("Base Plan") at the upcoming hearing on June 1, 2020, the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") has asked Navistar to produce all meeting minutes of the Base Plan's Health Benefit Program Committee ("HBPC") from January 1, 2010 to the present.  Navistar is willing to facilitate the HBPC's production of the requested minutes and has received the HBPC's consent to such production.  Because the minutes contain protected health information that is covered by the privacy rule of the Health Insurance Portability and Accountability Act, the parties have jointly determined that it is appropriate and necessary for the Court to issue this order, which will allow the HBPC to produce the minutes to the UAW on an expedited basis.

The Court therefore ORDERS that the HBPC produce all HBPC meeting minutes from January 1, 2010 to the present to counsel for the UAW.

Dated: 05/19/2020

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE