IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ART SHY, *et al*.

                    Plaintiffs,

vs.

NAVISTAR INTERNATIONAL CORPORATION, *et al*.

                    Defendants.

Case No. 3:92-CV-00333

JUDGE WALTER H. RICE

## [PROPOSED] ORDER TO PRODUCE HEALTH BENEFIT PROGRAM COMMITTEE MINUTES

In connection with the upcoming hearing on June 15, 2020, Defendants have asked the Base Plan's Health Benefit Program Committee ("HBPC") to produce all meeting minutes from June 1, 1997 to the present. All members of the HBPC have consented to such production. Because the minutes contain protected health information that is covered by the Health Insurance Portability and Accountability Act, the parties have jointly determined that it is appropriate and necessary for the Court issue this order, which will allow the HBPC to produce the minutes on an expedited basis.

The Court therefore ORDERS that the HBPC produce all HBPC meeting minutes from June 1, 1997 to the present to counsel for Defendants and counsel for the UAW.

Dated: 06/12/2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

(tp - per Judge Rice authorization after his review)

DB1/ 114054493.2