**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ART SHY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:92-CV-00333 |
| | ) | District Judge Walter H. Rice |
| NAVISTAR INTERNATIONAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING SUPPLEMENTAL BENEFIT COMMITTEE'S UNOPPOSED MOTION TO ESTABLISH A BRIEFING SCHEDULE

Upon consideration of the Supplemental Benefit Committee's Unopposed Motion to Establish a Briefing Schedule ("Motion"), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the briefing schedule will be set as follows:

1. Navistar International Corporation (Navistar) will file its opposition to SBC's Motion to Confirm Arbitration Award and Assess Interest on February 26, 2021;

2. SBC will file its reply to Navistar's opposition and its opposition to Navistar's Motion to Vacate and/or Stay Arbitration award on March 12, 2021; and

3. Navistar will file its reply to SBC's opposition on March 26, 2021.

Dated: **3 - 8**, 2021

_____
District Judge Walter H. Rice