IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ART SHY, et al.<br><br>                Plaintiffs,<br>vs.<br><br>NAVISTAR INTERNATIONAL<br>CORPORATION, et al.<br>                Defendants. | Case No. 3:92-CV-00333<br><br>District Judge Walter H. Rice |

### ORDER SUSTAINING DEFENDANTS' MOTION TO MODIFY CONSENT DECREE

Upon consideration of Defendants' Motion to Modify the 1993 Consent Decree, Dkt. 575 (hereafter the "Motion"), and the written submissions related to the Motion, and for good cause shown, it is hereby ORDERED that the Motion is SUSTAINED. The Court finds that good cause exists to modify the 1993 Consent Decree (Dkt. 327) on a going forward basis from the completed acquisition date between TRATON and Navistar, and that the modification is not otherwise intended to modify the Consent Decree. The Court therefore ORDERS that the Consent Decree be modified in the manner described as follows:

All references to generally accepted accounting principles or GAAP in the original 1993 Consent Decree in this matter shall be deemed, as of the completed acquisition date between TRATON and Navistar and onward, to reference the equivalent provision, principle, or standard under the International Financial Reporting Standards or IFRS.

Dated: August 11, 2021

                                                    Walter H. Rice
                                                    United States District Judge