# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION (DAYTON)

ART SHY, et al.

                Plaintiffs,

vs.

NAVISTAR INTERNATIONAL
CORPORATION, et al.

                Defendants.

Case No. 3:92-CV-00333

District Judge Walter H. Rice

## ORDER GRANTING UNOPPOSED MOTION FOR APPOINTMENT OF NEW CLASS REPRESENTATIVES AND CLASS COUNSEL

Upon consideration of the Supplemental Benefit Program Committee's Unopposed Motion for Appointment of New Class Representatives and Class Counsel ("Motion"), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and:

Richard Zounes and Miller Rodgers are appointed as Class Representatives in this matter;

Markovits, Stock & DeMarco, LLC are appointed as Class Counsel in this matter.

Dated: 12-10-21

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

9764359.1