UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ART SHY, et al.<br><br>                Plaintiffs,<br>vs.<br><br>NAVISTAR INTERNATIONAL<br>CORPORATION, et al.<br>                Defendants. | Case No. 3:92-CV-00333<br><br>District Judge Walter H. Rice |

**ORDER GRANTING**
**UNOPPOSED MOTION TO FURTHER MODIFY CONSENT DECREE**

This matter comes before the Court on Navistar International Corporation's and Navistar, Inc.'s Unopposed Motion to Further Modify Consent Decree ("Motion"). The Court has reviewed the Motion along with the Memorandum in Support ("Memorandum") and its attached exhibits and finds that the Motion should be **GRANTED**.

NOW, THEREFORE, the Court hereby **FINDS, CONCLUDES AND ORDERS**:

That the additional requested modifications to the 1993 Consent Decree (as that term is defined in the Motion and Memorandum) as proposed in <u>Exhibit A</u> to the Memorandum are approved once, and only if, the Court finally approves the Class Action Settlement Agreement.

Dated: 2/8/22

                                                          WALTER H. RICE
                                                          UNITED STATES DISTRICT JUDGE