AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ART SHY, et al. *Plaintiff* v. NAVISTAR INTERNATIONAL CORPORATION, et al *Defendant* | Civil Action No. 3:92-CV-00333 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court approves the attorney fee agreement entered into between Navistar and Class Counsel, and approves current and future payments of fees and costs.  W/O affecting the finality of this Judgment, the Court reserves jurisdiction over the implementation, administration, and enforcement of this Judgment .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for Final Approval of Class Action Settlement Agreement and Attorney Fees and Expenses

Date: 6/13/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*